| Fill in this information to identify the case: |
| --- |
| United States Bankruptcy Court for the: |
| Southern District of New York |
| Case number *(if known)*: _____ Chapter 15 |

☐ Check if this is an amended filing

## Official Form 401

# Chapter 15 Petition for Recognition of a Foreign Proceeding  12/15

*If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write debtor's name and case number (if known).*

**1. Debtor's name**
InterCement Trading e Inversiones S.A.

**2. Debtor's unique identifier**

**For non-individual debtors:**

☐ Federal Employer Identification Number (EIN)  ___ ___ – ___ ___ ___ ___ ___ ___ ___

☑ Other  A36907798  . Describe identifier  Spain Tax ID  .

**For individual debtors:**

☐ Social Security number:  xxx – xx– ____ ____ ____ ____

☐ Individual Taxpayer Identification number (ITIN):  **9** xx – xx – ____ ____ ____ ____

☐ Other _____ . Describe identifier _____ .

**3. Name of foreign representative(s)**
Antonio Reinaldo Rabelo Filho

**4. Foreign proceeding in which appointment of the foreign representative(s) occurred**
Case Number 1192002-34.2024.8.26.0100 pending in the 1st Bankruptcy and Restructuring Court of São Paulo.

**5. Nature of the foreign proceeding**

*Check one:*

☐ Foreign main proceeding
☐ Foreign nonmain proceeding
☑ Foreign main proceeding, or in the alternative foreign nonmain proceeding

**6. Evidence of the foreign proceeding**

☐ A certified copy, translated into English, of the decision commencing the foreign proceeding and appointing the foreign representative is attached.

☐ A certificate, translated into English, from the foreign court, affirming the existence of the foreign proceeding and of the appointment of the foreign representative, is attached.

☑ Other evidence of the existence of the foreign proceeding and of the appointment of the foreign representative is described below, and relevant documentation, translated into English, is attached.
An as-filed copy of the Debtor's joint petition commencing the foreign proceeding is attached to Brazilian counsel's declaration, and the Debtor's resolution authorizing the foreign proceeding and appointing the foreign representative is attached hereto.

**7. Is this the only foreign proceeding with respect to the debtor known to the foreign representative(s)?**

☑ No. (Attach a statement identifying each country in which a foreign proceeding by, regarding, or against the debtor is pending.)

☐ Yes

| Debtor | InterCement Trading e Inversiones S.A. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**8. Others entitled to notice**

Attach a list containing the names and addresses of:

(i)   all persons or bodies authorized to administer foreign proceedings of the debtor,

(ii)  all parties to litigation pending in the United States in which the debtor is a party at the time of filing of this petition, and

(iii) all entities against whom provisional relief is being sought under § 1519 of the Bankruptcy Code.

---

**9. Addresses**

**Country where the debtor has the center of its main interests:**

Brazil

**Debtor's registered office:**

8 San Vicente Street, Plant 6, Dept.  8
Number    Street

_____
P.O. Box

Bilbao, Vizcaya                                     48001
City          State/Province/Region      ZIP/Postal Code

Spain
Country

**Individual debtor's habitual residence:**

_____
Number        Street

_____
P.O. Box

_____
City            State/Province/Region    ZIP/Postal Code

_____
Country

**Address of foreign representative(s):**

Rua Barão da Torre, 550, Apt. 201, Ipanema
Number        Street

_____
P.O. Box

Rio de Janeiro, RJ                           22411-002
City            State/Province/Region    ZIP/Postal Code

Brazil
Country

---

**10. Debtor's website** (URL)

https://intercement.com/

---

**11. Type of debtor**

*Check one:*

☑ Non-individual (*check one*):

    ☑ Corporation.  Attach a corporate ownership statement containing the information described in Fed. R. Bankr. P. 7007.1.

    ☐ Partnership

    ☐ Other.  Specify: _____

☐ Individual

---

| Debtor | InterCement Trading e Inversiones S.A. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

**12. Why is venue proper in *this* district?**

Check one:

☑ Debtor's principal place of business or principal assets in the United States are in this district.

☐ Debtor does not have a place of business or assets in the United States, but the following action or proceeding in a federal or state court is pending against the debtor in this district:

_____.

☐ If neither box is checked, venue is consistent with the interests of justice and the convenience of the parties, having regard to the relief sought by the foreign representative, because:

_____.

**13. Signature of foreign representative(s)**

I request relief in accordance with chapter 15 of title 11, United States Code.

I am the foreign representative of a debtor in a foreign proceeding, the debtor is eligible for the relief sought in this petition, and I am authorized to file this petition.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct,

| ✖ _____ | Antonio Reinaldo Rabelo Filho |
|---|---|
| Signature of foreign representative | Printed name |

Executed on   12/09/2024
              MM / DD / YYYY

| ✖ _____ | Antonio Reinaldo Rabelo Filho |
|---|---|
| Signature of foreign representative | Printed name |

Executed on   12/09/2024
              MM / DD / YYYY

**14. Signature of attorney**

| ✖ /s/ John K. Cunningham | Date | 12/09/2024 |
|---|---|---|
| Signature of Attorney for foreign representative | | MM / DD / YYYY |

John K. Cunningham
Printed name

White & Case LLP
Firm name

1221 Avenue of the Americas
Number          Street

| New York | NY | 10020 |
|---|---|---|
| City | State | ZIP Code |

| (212) 819-8200 | jcunningham@whitecase.com |
|---|---|
| Contact phone | Email address |

| 2564565 | NY |
|---|---|
| Bar number | State |

## <u>STATEMENT NOTIFYING THE COURT OF PREVIOUS CHAPTER 15 CASES</u>

This petition relates to the previously filed chapter 15 cases of InterCement Brasil S.A. and its debtor affiliates, which are jointly administered under case number 24-11226 (Bankr. S.D.N.Y. July 15, 2024) pending in this court before the Honorable Martin Glenn, Chief United States Bankruptcy Judge.



**Registradores**
DE ESPAÑA

---

## Información Mercantil interactiva de los Registros Mercantiles de España

**Registro Mercantil de BIZKAIA**

Expedida el día: 03/06/2024 a las 16:43 horas.

Para cualquier consulta respecto a la petición que acaba de realizar recuerde el número de solicitud asignado:
Nº Solicitud: **H73ZH72F**

**Índice de epígrafes solicitados :**

- Datos generales
- Asientos de presentación vigentes
- Situaciones especiales
- Capital social
- Administradores y cargos sociales
- Auditores
- Apoderados
- Relación de actos inscritos publicados en el BORME
- Depósito de cuentas anuales
- Libros legalizados

**Datos generales**                                                                 Índice

| | |
|---|---|
| Denominación: | INTERCEMENT TRADING E INVERSIONES SOCIEDAD ANONIMA |
| Inicio de operaciones: | 29/08/2002 |
| Domicilio social: | C/ SAN VICENTE 8 - 6ª PLANTA, DEPARTAMENTO 8, DESPACHO 11. CENTRO SPANKOR, EDIFICIO ALBIA I. BILBAO 48001-BIZKAIA |
| Duración: | Indefinida |
| N.I.F.: | A36907798 EUID: ES48001.000478395 |
| Código pre-LEI: | 959800D85H89TSZNTH65 |
| Datos registrales: | Hoja BI-79526 Tomo 6137 Folio 13 IRUS: 1000072991980 |
| Objeto social: | Actividades de las sociedades holding |
| C.N.A.E.: | 6420(P) - Actividades de las sociedades holding |
| Estructura del órgano: | Consejo de administración |
| Unipersonalidad: | La sociedad de esta hoja es unipersonal, siendo su socio único INTERCEMENT PORTUGAL SOCIEDAD ANONIMA, con N.I.F. A0101011E |
| Último depósito contable: | 2022 |

**Registradores**
DE ESPAÑA

---

**Asientos de presentación vigentes**                                    Índice

Diario de documentos:      **Datos actualizados el 03/06/2024, a las 16:10 horas**

                           **Diario/Asiento:**  No tiene asientos de presentación vigentes

Diario de cuentas:         **Datos actualizados el 03/06/2024, a las 16:16 horas**

                           **Diario/Asiento:**  No tiene asientos de presentación vigentes

Diario de libros:          **Datos actualizados el 03/06/2024, a las 16:41 horas**

                           **Diario/Asiento:**  No tiene asientos de presentación vigentes

Diario de auditores y      **Datos actualizados el 03/06/2024, a las 13:36 horas**
expertos:
                           **Diario/Asiento:**  No tiene asientos de presentación vigentes

---

**Situaciones especiales**                                               Índice

No existen situaciones especiales

**Capital social**                                                       Índice

Capital suscrito:          568.623.446,46 Euros.

Capital desembolsado:      568.623.446,46 Euros.

**Administradores y cargos sociales**                                    Índice

Nombre:                    ZANGARI, MARCO ANTONIO

DNI:                       Y8054099L

Cargo:                     Consejero

Fecha de nombramiento:     31/01/2020

Duración:                  31/01/2025

Inscripción:               1

Fecha de inscripción:      27/10/2022

---



| | |
|---|---|
| Nombre: | AROSTEGI LACABEX, LAUREANO |
| DNI: | 16057766V |
| Cargo: | Consejero |
| Fecha de nombramiento: | 02/09/2022 |
| Duración: | 02/09/2027 |
| Inscripción: | 1 |
| Fecha de inscripción: | 27/10/2022 |

| | |
|---|---|
| Nombre: | ZAUSNER SKARBNIK, KARINA |
| DNI: | Y9742842X |
| Cargo: | Consejero |
| Fecha de nombramiento: | 08/11/2023 |
| Duración: | 08/11/2028 |
| Inscripción: | 9 |
| Fecha de inscripción: | 21/11/2023 |
| Fecha de la escritura: | 16/11/2023 |
| Notario/Certificante: | JUAN BENGURIA CORTABITARTE |
| Residencia: | BILBAO - BIZKAIA |
| Número de protocolo: | 2023/2951 |

| | |
|---|---|
| Nombre: | ALBA FERRE, LUIS |
| DNI: | 16037495D |
| Cargo: | Secretario no consejero |
| Fecha de nombramiento: | 02/09/2022 |
| Duración: | Indefinida |
| Inscripción: | 1 |
| Fecha de inscripción: | 27/10/2022 |

**Registradores**
DE ESPAÑA

| | |
|---|---|
| Nombre: | PORTILLO HERNANDEZ, ANDER |
| DNI: | 79004119Q |
| Cargo: | Vicesecretario no consejero |
| Fecha de nombramiento: | 03/11/2022 |
| Duración: | Indefinida |
| Inscripción: | 4 |
| Fecha de inscripción: | 05/12/2022 |
| Fecha de la escritura: | 18/11/2022 |
| Notario/Certificante: | JUAN BENGURIA CORTABITARTE |
| Residencia: | BILBAO - BIZKAIA |
| Número de protocolo: | 2022/3184 |

| | |
|---|---|
| Nombre: | ZANGARI, MARCO ANTONIO |
| DNI: | Y8054099L |
| Cargo: | Presidente |
| Fecha de nombramiento: | 03/11/2022 |
| Inscripción: | 4 |
| Fecha de inscripción: | 05/12/2022 |
| Fecha de la escritura: | 18/11/2022 |
| Notario/Certificante: | JUAN BENGURIA CORTABITARTE |
| Residencia: | BILBAO - BIZKAIA |
| Número de protocolo: | 2022/3184 |

| | |
|---|---|
| Nombre: | AROSTEGUI LACABEX, LAUREANO |
| DNI: | 16057766V |
| Cargo: | Vicepresidente |



| | |
|---|---|
| Fecha de nombramiento: | 03/11/2022 |
| Inscripción: | 4 |
| Fecha de inscripción: | 05/12/2022 |
| Fecha de la escritura: | 18/11/2022 |
| Notario/Certificante: | JUAN BENGURIA CORTABITARTE |
| Residencia: | BILBAO - BIZKAIA |
| Número de protocolo: | 2022/3184 |

| | |
|---|---|
| Nombre: | ALBA FERRE, LUIS |
| DNI: | 16037495D |
| Cargo: | Letrado Asesor |
| Fecha de nombramiento: | 05/12/2023 |
| Duración: | Indefinida |
| Inscripción: | 13 |
| Fecha de inscripción: | 26/02/2024 |
| Fecha de la escritura: | 15/02/2024 |
| Notario/Certificante: | JUAN BENGURIA CORTABITARTE |
| Residencia: | BILBAO - BIZKAIA |
| Número de protocolo: | 2024/495 |

| | |
|---|---|
| Nombre: | INTERCEMENT PORTUGAL SOCIEDAD ANONIMA |
| DNI: | A0101011E |
| Cargo: | Socio único |
| Fecha de nombramiento: | 21/12/2017 |
| Inscripción: | 1. |
| Fecha de inscripción: | 07/11/2022 |

**Registradores**
DE ESPAÑA

De conformidad con el artículo 145.1 del Reglamento del Registro Mercantil, el nombramiento de administradores caducará cuando, vencido el plazo, se haya celebrado la Junta General siguiente o hubiese transcurrido el término legal para la celebración de la Junta que deba resolver sobre la aprobación de cuentas del ejercicio anterior.

## Auditores

Índice

| | |
|---|---|
| Nombre: | ERNST & YOUNG SOCIEDAD LIMITADA (Auditor) |
| DNI: | B78970506 |
| Fecha de nombramiento: | 13/10/2022 |
| Duración: | Ejercicios 2022-2022 |
| Inscripción: | 7 |
| Fecha de inscripción: | 20/12/2022 |

## Apoderados

Índice

| | |
|---|---|
| Nombre: | DE OLIVEIRA DINIZ, PAULO SERGIO (Apoderado Mancomunado) |
| DNI: | Y9947981N |
| Fecha de nombramiento: | 20/07/2022 |
| Duración: | Indefinida |
| Inscripción: | 1 |
| Fecha de inscripción: | 27/10/2022 |

| | |
|---|---|
| Nombre: | KLECZ, LUIZ AUGUSTO (Apoderado Mancomunado) |
| DNI: | Y2733669H |
| Fecha de nombramiento: | 29/12/2020 |
| Duración: | Indefinida |
| Inscripción: | 1 |
| Fecha de inscripción: | 27/10/2022 |



| | |
|---|---|
| Nombre: | ANTUNES DA SILVA, ARMANDO SERGIO (Apoderado Mancomunado) |
| DNI: | Y2593747M |
| Fecha de nombramiento: | 29/12/2020 |
| Duración: | Indefinida |
| Inscripción: | 1 |
| Fecha de inscripción: | 27/10/2022 |

| | |
|---|---|
| Nombre: | ZANGARI, MARCO ANTONIO (Apoderado Mancomunado) |
| DNI: | Y8054099L |
| Fecha de nombramiento: | 06/03/2020 |
| Duración: | Indefinida |
| Inscripción: | 1 |
| Fecha de inscripción: | 27/10/2022 |

| | |
|---|---|
| Nombre: | ZANGARI, MARCO ANTONIO (Apoderado Mancomunado) |
| DNI: | Y8054099L |
| Fecha de nombramiento: | 06/03/2020 |
| Duración: | Indefinida |
| Inscripción: | 1 |
| Fecha de inscripción: | 27/10/2022 |

| | |
|---|---|
| Nombre: | ZANGARI, MARCO ANTONIO (Apoderado Mancomunado) |
| DNI: | Y8054099L |
| Fecha de nombramiento: | 29/12/2020 |
| Duración: | Indefinida |
| Inscripción: | 1 |
| Fecha de inscripción: | 27/10/2022 |

**Registradores**
DE ESPAÑA

| | |
|---|---|
| Nombre: | CARLOS ROCHA, THAINA (Apoderado) |
| DNI: | Z0011374V |
| Fecha de nombramiento: | 03/11/2022 |
| Duración: | Indefinida |
| Inscripción: | 5 |
| Fecha de inscripción: | 05/12/2022 |
| Fecha de la escritura: | 18/11/2022 |
| Notario/Certificante: | JUAN BENGURIA CORTABITARTE |
| Residencia: | BILBAO - BIZKAIA |
| Número de protocolo: | 2022/3186 |

| | |
|---|---|
| Nombre: | GRADIN, MARCOS ISABELINO (Apoderado) |
| DNI: | Y2783726G |
| Fecha de nombramiento: | 03/11/2022 |
| Duración: | 03/11/2024 |
| Inscripción: | 6 |
| Fecha de inscripción: | 05/12/2022 |
| Fecha de la escritura: | 18/11/2022 |
| Notario/Certificante: | JUAN BENGURIA CORTABITARTE |
| Residencia: | BILBAO - BIZKAIA |
| Número de protocolo: | 2022/3187 |

| | |
|---|---|
| Nombre: | ZANGARI, MARCO ANTONIO (Apoderado) |
| DNI: | Y8054099L |
| Fecha de nombramiento: | 30/03/2023 |
| Duración: | Indefinida |

**Registradores**
DE ESPAÑA

| | |
|---|---|
| Inscripción: | 8 |
| Fecha de inscripción: | 15/05/2023 |
| Fecha de la escritura: | 10/05/2023 |
| Notario/Certificante: | JUAN BENGURIA CORTABITARTE |
| Residencia: | BILBAO - BIZKAIA |
| Número de protocolo: | 2023/1182 |

| | |
|---|---|
| Nombre: | AROSTEGI LACABEX, LAUREANO (Apoderado) |
| DNI: | 16057766V |
| Fecha de nombramiento: | 30/03/2023 |
| Duración: | Indefinida |
| Inscripción: | 8 |
| Fecha de inscripción: | 15/05/2023 |
| Fecha de la escritura: | 10/05/2023 |
| Notario/Certificante: | JUAN BENGURIA CORTABITARTE |
| Residencia: | BILBAO - BIZKAIA |
| Número de protocolo: | 2023/1182 |

| | |
|---|---|
| Nombre: | KLECZ, LUIZ AUGUSTO (Apoderado) |
| DNI: | Y2733669H |
| Fecha de nombramiento: | 30/03/2023 |
| Duración: | Indefinida |
| Inscripción: | 8 |
| Fecha de inscripción: | 15/05/2023 |
| Fecha de la escritura: | 10/05/2023 |
| Notario/Certificante: | JUAN BENGURIA CORTABITARTE |
| Residencia: | BILBAO - BIZKAIA |

**Registradores**
DE ESPAÑA

| | |
|---|---|
| Número de protocolo: | 2023/1182 |

| | |
|---|---|
| Nombre: | ZANGARI, MARCO ANTONIO (Apoderado) |
| DNI: | Y8054099L |
| Fecha de nombramiento: | 05/12/2023 |
| Duración: | Indefinida |
| Inscripción: | 11 |
| Fecha de inscripción: | 22/02/2024 |
| Fecha de la escritura: | 15/02/2024 |
| Notario/Certificante: | JUAN BENGURIA CORTABITARTE |
| Residencia: | BILBAO - BIZKAIA |
| Número de protocolo: | 2024/496 |

| | |
|---|---|
| Nombre: | ZAUSNER SKARBNIK, KARINA (Apoderado) |
| DNI: | Y9742842X |
| Fecha de nombramiento: | 05/12/2023 |
| Duración: | Indefinida |
| Inscripción: | 11 |
| Fecha de inscripción: | 22/02/2024 |
| Fecha de la escritura: | 15/02/2024 |
| Notario/Certificante: | JUAN BENGURIA CORTABITARTE |
| Residencia: | BILBAO - BIZKAIA |
| Número de protocolo: | 2024/496 |

| | |
|---|---|
| Nombre: | ANTUNES DA SILVA, ARMANDO SERGIO (Apoderado) |
| DNI: | Y2593747M |
| Fecha de nombramiento: | 05/12/2023 |



**Registradores** DE ESPAÑA

| | |
|---|---|
| Duración: | Indefinida |
| Inscripción: | 11 |
| Fecha de inscripción: | 22/02/2024 |
| Fecha de la escritura: | 15/02/2024 |
| Notario/Certificante: | JUAN BENGURIA CORTABITARTE |
| Residencia: | BILBAO - BIZKAIA |
| Número de protocolo: | 2024/496 |

| | |
|---|---|
| Nombre: | KLECZ, LUIZ AUGUSTO (Apoderado) |
| DNI: | Y2733669H |
| Fecha de nombramiento: | 05/12/2023 |
| Duración: | Indefinida |
| Inscripción: | 11 |
| Fecha de inscripción: | 22/02/2024 |
| Fecha de la escritura: | 15/02/2024 |
| Notario/Certificante: | JUAN BENGURIA CORTABITARTE |
| Residencia: | BILBAO - BIZKAIA |
| Número de protocolo: | 2024/496 |

| | |
|---|---|
| Nombre: | ZANGARI, MARCO ANTONIO (Apoderado) |
| DNI: | Y8054099L |
| Fecha de nombramiento: | 05/12/2023 |
| Duración: | Indefinida |
| Inscripción: | 12 |
| Fecha de inscripción: | 22/02/2024 |
| Fecha de la escritura: | 15/02/2024 |
| Notario/Certificante: | JUAN BENGURIA CORTABITARTE |



| | |
|---|---|
| Residencia: | BILBAO - BIZKAIA |
| Número de protocolo: | 2024/497 |

| | |
|---|---|
| Nombre: | ANTUNES DA SILVA, ARMANDO SERGIO (Apoderado) |
| DNI: | Y2593747M |
| Fecha de nombramiento: | 05/12/2023 |
| Duración: | Indefinida |
| Inscripción: | 12 |
| Fecha de inscripción: | 22/02/2024 |
| Fecha de la escritura: | 15/02/2024 |
| Notario/Certificante: | JUAN BENGURIA CORTABITARTE |
| Residencia: | BILBAO - BIZKAIA |
| Número de protocolo: | 2024/497 |

| | |
|---|---|
| Nombre: | AROSTEGUI LACABEX, LAUREANO (Apoderado) |
| DNI: | 16057766V |
| Fecha de nombramiento: | 05/12/2023 |
| Duración: | Indefinida |
| Inscripción: | 12 |
| Fecha de inscripción: | 22/02/2024 |
| Fecha de la escritura: | 15/02/2024 |
| Notario/Certificante: | JUAN BENGURIA CORTABITARTE |
| Residencia: | BILBAO - BIZKAIA |
| Número de protocolo: | 2024/497 |

| | |
|---|---|
| Nombre: | KLECZ, LUIZ AUGUSTO (Apoderado) |
| DNI: | Y2733669H |



| | |
|---|---|
| Fecha de nombramiento: | 05/12/2023 |
| Duración: | Indefinida |
| Inscripción: | 12 |
| Fecha de inscripción: | 22/02/2024 |
| Fecha de la escritura: | 15/02/2024 |
| Notario/Certificante: | JUAN BENGURIA CORTABITARTE |
| Residencia: | BILBAO - BIZKAIA |
| Número de protocolo: | 2024/497 |

| | |
|---|---|
| Nombre: | ZAUSNER SKARBNIK, KARINA (Apoderado) |
| DNI: | Y9742842X |
| Fecha de nombramiento: | 05/12/2023 |
| Duración: | Indefinida |
| Inscripción: | 12 |
| Fecha de inscripción: | 22/02/2024 |
| Fecha de la escritura: | 15/02/2024 |
| Notario/Certificante: | JUAN BENGURIA CORTABITARTE |
| Residencia: | BILBAO - BIZKAIA |
| Número de protocolo: | 2024/497 |

**Relación de actos inscritos publicados en el BORME**                    Índice

| | |
|---|---|
| Inscripción  13 | Fecha de publicación: 05/03/24. Boletín Nº: 46. Referencia Nº: 01125442024. Inscrito en la hoja BI-00079526tomo 06137, folio 019 Fecha de inscripción: 26/02/2024<br>Actos inscritos:<br>Nombramiento de cargo.<br>Cese de cargo. |
| Inscripción  12 | Fecha de publicación: 29/02/24. Boletín Nº: 43. Referencia Nº: 01046522024. |

**Registradores**
DE ESPAÑA

Inscrito en la hoja BI-00079526tomo 06137, folio 019 Fecha de inscripción: 22/02/2024
Actos inscritos:
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.

Inscripción  11

Fecha de publicación: 29/02/24. Boletín Nº: 43. Referencia Nº: 01046512024.
Inscrito en la hoja BI-00079526tomo 06137, folio 018 Fecha de inscripción: 22/02/2024
Actos inscritos:
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.

Inscripción  10

Fecha de publicación: 29/02/24. Boletín Nº: 43. Referencia Nº: 01046532024.
Inscrito en la hoja BI-00079526tomo 06137, folio 019 Fecha de inscripción: 22/02/2024
Actos inscritos:
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.

Inscripción  9

Fecha de publicación: 28/11/23. Boletín Nº: 226. Referencia Nº: 05068542023.
Inscrito en la hoja BI-00079526tomo 06137, folio 017 Fecha de inscripción: 21/11/2023
Actos inscritos:
Nombramiento de Miembro de organo adm.

**Registradores**
DE ESPAÑA

---

Cese de Miembro del Organo de adm..

Inscripción 8

Fecha de publicación: 25/05/23. Boletín Nº: 97. Referencia Nº: 02379242023.
Inscrito en la hoja BI-00079526tomo 06137, folio 017 Fecha de inscripción:
15/05/2023
Actos inscritos:
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.

Inscripción 7

Fecha de publicación: 30/12/22. Boletín Nº: 247. Referencia Nº: 05724712022.
Inscrito en la hoja BI-00079526tomo 06137, folio 017 Fecha de inscripción:
20/12/2022
Actos inscritos:
Reelección de Auditor de Cuentas.

Inscripción 6

Fecha de publicación: 21/12/22. Boletín Nº: 241. Referencia Nº: 05566272022.
Inscrito en la hoja BI-00079526tomo 06137, folio 016 Fecha de inscripción:
05/12/2022
Actos inscritos:
Otorgamiento de poderes.

Inscripción 5

Fecha de publicación: 21/12/22. Boletín Nº: 241. Referencia Nº: 05566262022.
Inscrito en la hoja BI-00079526tomo 06137, folio 015 Fecha de inscripción:
05/12/2022
Actos inscritos:
Otorgamiento de poderes.

Inscripción 4

Fecha de publicación: 21/12/22. Boletín Nº: 241. Referencia Nº: 05566252022.
Inscrito en la hoja BI-00079526tomo 06137, folio 014 Fecha de inscripción:
05/12/2022
Actos inscritos:
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Cese de Miembro del Organo de adm..
Cese de Miembro del Organo de adm..
Cese de Miembro del Organo de adm..
Nombramiento de cargo.
Cese de cargo.
Otros actos inscribibles: Fijación en tres el número de miembros del Consejo

**Registradores**
DE ESPAÑA

de Administración.

Inscripción 3    Fecha de publicación: 21/12/22. Boletín Nº: 241. Referencia Nº: 05566242022.
Inscrito en la hoja BI-00079526tomo 06137, folio 014 Fecha de inscripción:
05/12/2022
Actos inscritos:
Cambio de domicilio.
Artículo de los estatutos.

Inscripción 1    Inscrito en la hoja BI-00079526tomo 06127, folio 210 Fecha de inscripción:
07/11/2022
Actos inscritos:
Cambio del Objeto Social.
Declaración de unipersonalidad.

Inscripción 2    Fecha de publicación: 17/11/22. Boletín Nº: 219. Referencia Nº: 05009322022.
Inscrito en la hoja BI-00079526tomo 06137, folio 013 Fecha de inscripción:
07/11/2022
Actos inscritos:
Traslado de R. viene de otro Registro.

Inscripción 1    Inscrito en la hoja No consta-No constatomo 06127, folio 210 Fecha de
inscripción: 27/10/2022
Actos inscritos:
Constitucion.
Cambio de denominación.
Cambio de denominación.
Cambio de domicilio.
Ampliación de capital.
Ampliación de capital.
Ampliación de capital.
Ampliación de capital.
Ampliación de capital.
Ampliación de capital.
Ampliación de capital.
Ampliación de capital.
Reducción de capital.
Reducción de capital.
Reducción de capital.
Cambio del Objeto Social.
Desembolso de dividendos pasivos.



Desembolso de dividendos pasivos.
Artículo de los estatutos.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Nombramiento de Miembro de organo adm.
Revocación miembro de órgano adm..
Cese de Miembro del Organo de adm..



Cese de Miembro del Organo de adm..
Cese de Miembro del Organo de adm..
Cese de Miembro del Organo de adm..
Cese de Miembro del Organo de adm..
Cese de Miembro del Organo de adm..
Cese de Miembro del Organo de adm..
Cese de Miembro del Organo de adm..
Dimisión miembro del órgano de administ..
Dimisión miembro del órgano de administ..
Dimisión miembro del órgano de administ..
Dimisión miembro del órgano de administ..
Dimisión miembro del órgano de administ..
Dimisión miembro del órgano de administ..
Dimisión miembro del órgano de administ..
Dimisión miembro del órgano de administ..
Dimisión miembro del órgano de administ..
Dimisión miembro del órgano de administ..
Dimisión miembro del órgano de administ..
Dimisión miembro del órgano de administ..
Dimisión miembro del órgano de administ..
Dimisión miembro del órgano de administ..
Dimisión miembro del órgano de administ..
Dimisión miembro del órgano de administ..
Dimisión miembro del órgano de administ..
Dimisión miembro del órgano de administ..
Dimisión miembro del órgano de administ..
Dimisión miembro del órgano de administ..
Caducidad miembro del órgano de adm..
Nombramiento de cargo.
Nombramiento de cargo.
Nombramiento de cargo.
Nombramiento de cargo.
Nombramiento de cargo.
Cese de cargo.
Dimisión de cargo.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.

Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.



Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Otorgamiento de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.

Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Revocación de poderes.
Nombramiento de auditores y expertos.
Caducidad de auditores y expertos.
Transformacion.
Fusion por absorcion.Sociedad absorbida: CIMPOR ECO SL
Fusion por absorcion.Sociedad absorbida: CIMPOR TRADING SA
Fusion por absorcion.Sociedad absorbida: CAUE AUSTRIA HOLDING GMBH
Escision parcial.Sociedad beneficiaria: INTERCEMENT TRADING E INVERSIONES
EGIPTO SL
Otros actos inscribibles.
Otros actos inscribibles.
Otros actos inscribibles.
Otros actos inscribibles.
Reelección Miembro Org. Administración.
Reelección Miembro Org. Administración.
Reelección Miembro Org. Administración.
Reelección Miembro Org. Administración.
Reelección Miembro Org. Administración.
Reelección Miembro Org. Administración.
Reelección Miembro Org. Administración.
Reelección Miembro Org. Administración.
Reelección Miembro Org. Administración.
Reelección Miembro Org. Administración.
Declaración de unipersonalidad.
Declaración de unipersonalidad.
Perdida del caracter unipersonal.
Perdida del caracter unipersonal.
Ampliación del objeto social..
Nombramiento de auditor de cuentas.
Nombramiento de auditor de cuentas.
Nombramiento de auditor de cuentas.
Reelección de Auditor de Cuentas.
Reelección de Auditor de Cuentas.
Reelección de Auditor de Cuentas.
Reelección de Auditor de Cuentas.
Reelección de Auditor de Cuentas.
Reelección de Auditor de Cuentas.
Reelección de Auditor de Cuentas.
Reelección de Auditor de Cuentas.
Reelección de Auditor de Cuentas.



Reelección de Auditor de Cuentas.
Reelección de Auditor de Cuentas.
Reelección de Auditor de Cuentas.
Reelección de Auditor de Cuentas.
Reelección de Auditor de Cuentas.

## Depósito de cuentas anuales                              <span style="color:red">Índice</span>

Ejercicio  2022     Ordinarias. **Fecha de depósito:** 09/08/2023 **Diario:** 0/20700 **Depósito:** Legajo: 3/2023/16350 **Fecha de cierre:** 31/12/2022. CNAE principal: 6420

Ejercicio  2021     Ordinarias. **Fecha de depósito:** 12/12/2022 **Diario:** 0/26717 **Depósito:** Legajo: 3/2022/25391 **Fecha de cierre:** 31/12/2021. CNAE principal: 6420

Ejercicio  2020     Ordinarias. **Fecha de depósito:** 16/11/2021 **Diario:** 0/207856 **Depósito:** Legajo: 3/2022/23600 **Fecha de cierre:** 31/12/2020

Ejercicio  2019     Ordinarias. **Fecha de depósito:** 29/06/2020 **Diario:** 0/207855 **Depósito:** Legajo: 3/2022/23599 **Fecha de cierre:** 31/12/2019

Ejercicio  2018     Ordinarias. **Fecha de depósito:** 18/07/2019 **Diario:** 0/207854 **Depósito:** Legajo: 3/2022/23598 **Fecha de cierre:** 31/12/2018

Ejercicio  2017     Ordinarias. **Fecha de depósito:** 16/07/2018 **Diario:** 0/207853 **Depósito:** Legajo: 3/2022/23597 **Fecha de cierre:** 31/12/2017

Ejercicio  2016     Ordinarias. **Fecha de depósito:** 15/05/2017 **Diario:** 0/207852 **Depósito:** Legajo: 3/2022/23596 **Fecha de cierre:** 31/12/2016

## Libros legalizados                                       <span style="color:red">Índice</span>

Ejercicio  2022     Fecha de legalización: 05/05/2023

Ejercicio  2021     Fecha de legalización: 25/04/2022

Ejercicio  2021     Fecha de legalización: 22/07/2022



Ejercicio  2020                Fecha de legalización:  10/05/2021

Ejercicio  2020                Fecha de legalización:  12/05/2021

Ejercicio  2019                Fecha de legalización:  06/07/2020

Ejercicio  2018                Fecha de legalización:  08/05/2019

Ejercicio  2018                Fecha de legalización:  01/07/2019

Ejercicio  2017                Fecha de legalización:  08/05/2018

Ejercicio  2016                Fecha de legalización:  27/04/2017

Ejercicio  2015                Fecha de legalización:  15/06/2016

Ejercicio  2014                Fecha de legalización:  14/05/2015

Ejercicio  2014                Fecha de legalización:  15/06/2016

Ejercicio  2013                Fecha de legalización:  28/03/2014

Ejercicio  2012                Fecha de legalización:  23/05/2013

Ejercicio  12/13               Fecha de legalización:  15/06/2016

Ejercicio  2011                Fecha de legalización:  30/04/2012

Ejercicio  2010                Fecha de legalización:  16/09/2011

Ejercicio  2009                Fecha de legalización:  15/07/2010

Ejercicio  2009                Fecha de legalización:  16/12/2009



Ejercicio  2008                Fecha de legalización:  31/03/2010

Ejercicio  2007                Fecha de legalización:  11/09/2008

Ejercicio  2006                Fecha de legalización:  27/04/2007

Ejercicio  2006                Fecha de legalización:  27/04/2007

Ejercicio  2005                Fecha de legalización:  28/02/2007

Ejercicio  2005                Fecha de legalización:  28/02/2007

Ejercicio  2004                Fecha de legalización:  24/11/2004

Ejercicio  2004                Fecha de legalización:  28/02/2007

Ejercicio  2004                Fecha de legalización:  28/02/2007

Ejercicio  2003                Fecha de legalización:  21/04/2004

Ejercicio  2003                Fecha de legalización:  16/12/2004

Ejercicio  2003                Fecha de legalización:  12/01/2005

Ejercicio  2002                Fecha de legalización:  21/10/2002

Ejercicio  2002                Fecha de legalización:  28/04/2003

Ejercicio  2002                Fecha de legalización:  13/10/2003

Esta información se expide con referencia a los datos incorporados al archivo informático del Registro Mercantil y tiene un valor meramente informativo. En caso de discordancia prevalece el contenido de asientos registrales sobre el índice llevado por procedimientos informáticos. La Certificación expedida por el Registrador Mercantil será el único medio para acreditar fehacientemente el contenido de los asientos y demás documentos archivados o depositados en el Registro (Artículo 77 del Reglamento del Registro Mercantil).

**Registradores**
DE ESPAÑA

**INFORMACIÓN BÁSICA SOBRE PROTECCIÓN DE DATOS DE CARÁCTER PERSONAL**

**Responsable del Tratamiento:** Registrador-a/Entidad que consta en el encabezado del documento. Para más información, puede consultar el resto de información de protección de datos.

**Finalidad del tratamiento:** Prestación del servicio registral solicitado incluyendo la práctica de notificaciones asociadas y en su caso facturación del mismo, así como dar cumplimiento a la legislación en materia de blanqueo de capitales y financiación del terrorismo que puede incluir la elaboración de perfiles.

**Base jurídica del tratamiento:** El tratamiento de los datos es necesario: para el cumplimiento de una misión realizada en interés público o en el ejercicio de poderes públicos conferidos al registrador, en cumplimiento de las obligaciones legales correspondientes, así como para la ejecución del servicio solicitado

**Derechos:** La legislación hipotecaria y mercantil establecen un régimen especial respecto al ejercicio de determinados derechos, por lo que se atenderá a lo dispuesto en ellas. Para lo no previsto en la normativa registral se estará a lo que determine la legislación de protección de datos, como se indica en el detalle de la información adicional. En todo caso, el ejercicio de los derechos reconocidos por la legislación de protección de datos a los titulares de los mismos se ajustará a las exigencias del procedimiento registral.

**Categorías de datos:** Identificativos, de contacto, otros datos disponibles en la información adicional de protección de datos.

**Destinatarios:** Se prevé el tratamiento de datos por otros destinatarios. No se prevén transferencias internacionales.

**Fuentes de las que proceden los datos:** Los datos puede proceder: del propio interesado, presentante, representante legal, Gestoría/Asesoría.

**Resto de información de protección de datos:** Disponible en https://www.registradores.org/politica-de-privacidad-servicios-registrales en función del tipo de servicio registral solicitado.



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

| TRANSLATION No. 1341 | BOOK No. | PAGE No. 001 |
|---|---|---|

I, the undersigned Sworn Translator and Commercial Interpreter, hereby CERTIFY this is the description and faithful translation of a DOCUMENT written in Portuguese, which I translate as follows:

======================================================================

[LOGO: Registradores de ESPAÑA]

## Interactive Mercantile Information of the Mercantile Registries of Spain

**Commercial Registry of BIZKAIA**

Issued on: 03/06/2024 at 16:43 hours.

If you have any questions regarding the request, you have just made, please remember the assigned request number:

Application No.: **H73ZH72F**

**Index of requested headings:**

- General data
- Current presentation entries
- Special situations
- Capital stock
- Directors and officers
- Auditors
- Proxies
- List of registered acts published in the BORME (Official Gazette of the Mercantile Registry).
- Deposit of annual accounts
- Legalized books

Index

**General data**

| | |
|---|---|
| Name: | INTERCEMENT TRADING E INVERSIONES SOCIEDAD ANONIMA |
| Start of operations: | 29/08/2002 |
| Registered office: | C/ SAN VICENTE 8 - 6ª PLANTA, DEPARTAMENTO 8, DESPACHO 11. CENTRO SPANKOR, EDIFICIO ALBIA I. BILBAO 48001-BIZKAIA |
| Duration: | Indefinite |
| N.I.F.: | A36907798 EUID: ES48001.000478395 |
| Pre-LEI code: | 959800D85H89TSZNTH65 |
| Registration data: | Sheet BI-79526 Volume 6137 Folio 13 IRUS: 1000072991980 |

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341                  BOOK No.                            PAGE No. 002

| | |
|---|---|
| Corporate purpose: | Activities of holding companies |
| C.N.A.E.: | 6420(P) - Activities of holding companies |
| Organ structure: | Board of Directors |
| Unipersonality: | The company of this sheet is a sole proprietorship, being its sole shareholder INTERCEMENT PORTUGAL SOCIEDAD ANONIMA, with N.I.F. A0101011E. |
| Last accounting deposit: | 2022 |

www.registradores.org

Page 1

[LOGO: Registradores de ESPAÑA]

Index

**Current presentation entries**

| | |
|---|---|
| Document journal: | **Data updated on 03/06/2024, at 16:10 hours** |
| | **Journal/Statement:** No current presentation entries |
| Journal of accounts: | **Data updated on 03/06/2024, at 16:16 hours** |
| | **Journal/Statement:** No current presentation entries |
| Book journal: | **Data updated on 03/06/2024, at 16:41 hours** |
| | **Journal/Statement:** No current presentation entries |
| Journal of auditors and experts: | **Data updated on 03/06/2024, at 13:36 hours** |
| | **Journal/Statement:** No current presentation entries |

Index

There are no special situations

**Capital stock**

| | |
|---|---|
| Subscribed capital: | 568,623,446.46 Euros. |
| Paid-in capital: | 568,623,446.46 Euros. |

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341                    BOOK No.                    PAGE No. 003

Index

**Directors and officers**

| | |
|---|---|
| Name: | ZANGARI, MARCO ANTONIO |
| DNI: | Y8054099L |
| Position: | Counselor |
| Date of appointment: | 31/01/2020 |
| Duration: | 31/01/2025 |
| Enrollment: | 1 |
| Date of registration: | 27/10/2022 |

www.registradores.org

Page 2

[LOGO: Registradores de ESPAÑA]

| | |
|---|---|
| Name: | AROSTEGI LACABEX, LAUREANO |
| DNI: | 16057766V |
| Position: | Counselor |
| Date of appointment: | 02/09/2022 |
| Duration: | 02/09/2027 |
| Enrollment: | 1 |
| Date of registration: | 27/10/2022 |

| | |
|---|---|
| Name: | ZAUSNER SKARBNIK, KARINA |
| DNI: | Y9742842X |
| Position: | Counselor |
| Date of appointment: | 08/11/2023 |
| Duration: | 08/11/2028 |

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341                BOOK No.                          PAGE No. 004

| | |
|---|---|
| Enrollment: | 9 |
| Date of registration: | 21/11/2023 |
| Date of deed: | 16/11/2023 |
| Notary/Certifier: | JUAN BENGURIA CORTABITARTE |
| Residence: | BILBAO - BIZKAIA |
| Protocol number: | 2023/2951 |

| | |
|---|---|
| Name: | ALBA FERRE, LUIS |
| DNI: | 16037495D |
| Position: | Secretary non-counselor |
| Date of appointment: | 02/09/2022 |
| Duration: | Indefinite |
| Enrollment: | 1 |
| Date of registration: | 27/10/2022 |

www.registradores.org

Page 3

[LOGO: Registradores de ESPAÑA]

| | |
|---|---|
| Name: | PORTILLO HERNANDEZ, ANDER |
| DNI: | 79004119Q |
| Position: | Vice-secretary non-director |
| Date of appointment: | 03/11/2022 |
| Duration: | Indefinite |
| Enrollment: | 4 |

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341             BOOK No.                    PAGE No. 005

| | |
|---|---|
| Date of registration: | 05/12/2022 |
| Date of deed: | 18/11/2022 |
| Notary/Certifier: | JUAN BENGURIA CORTABITARTE |
| Residence: | BILBAO - BIZKAIA |
| Protocol number: | 2022/3184 |

| | |
|---|---|
| Name: | ZANGARI, MARCO ANTONIO |
| DNI: | Y8054099L |
| Position: | Chairman |
| Date of appointment: | 03/11/2022 |
| Enrollment: | 4 |

| | |
|---|---|
| Date of registration: | 05/12/2022 |
| Date of deed: | 18/11/2022 |
| Notary/Certifier: | JUAN BENGURIA CORTABITARTE |
| Residence: | BILBAO - BIZKAIA |
| Protocol number: | 2022/3184 |

www.registradores.org

Page 4

[LOGO: Registradores de ESPAÑA]

| | |
|---|---|
| Name: | AROSTEGUI LACABEX, LAUREANO |
| DNI: | 16057766V |
| Position: | Vice President |

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11 9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com (skype: antonio.dari)

TRANSLATION No. 1341                 BOOK No.                          PAGE No. 006

| | |
|---|---|
| Date of appointment: | 03/11/2022 |
| Enrollment: | 4 |
| Date of registration: | 05/12/2022 |
| Date of deed: | 18/11/2022 |
| Notary/Certifier: | JUAN BENGURIA CORTABITARTE |
| Residence: | BILBAO - BIZKAIA |
| Protocol number: | 2022/3184 |
| Name: | ALBA FERRE, LUIS |
| DNI: | 16037495D |
| Position: | Legal Counsel |
| Date of appointment: | 05/12/2023 |
| Duration: | Indefinite |
| Enrollment: | 13 |
| Date of registration: | 26/02/2024 |
| Date of deed: | 15/02/2024 |
| Notary/Certifier: | JUAN BENGURIA CORTABITARTE |
| Residence: | BILBAO - BIZKAIA |
| Protocol number: | 2024/495 |
| Name: | INTERCEMENT PORTUGAL SOCIEDAD ANONIMA |
| DNI: | A0101011E |
| Position: | Sole shareholder |
| Date of appointment: | 21/12/2017 |
| Enrollment: | 1. |
| Date of registration: | 07/11/2022 |

www.registradores.org
Page 5

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**
TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341                    BOOK No.                    PAGE No. 007

[LOGO: Registradores de ESPAÑA]

Pursuant to Article 145.1 of the Mercantile Registry Regulations, the appointment of directors shall expire when, once the term has expired, the next General Meeting has been held or the legal term for holding the Meeting that must resolve on the approval of the previous year's accounts has elapsed.

**Auditors**                                                                                                    <span style="color:red">Index</span>

| | |
|---|---|
| Name: | ERNST & YOUNG LIMITED LIABILITY COMPANY (Auditor) |
| DNI: | B78970506 |
| Date of appointment: | 13/10/2022 |
| Duration: | Fiscal years 2022-2022 |
| Enrollment: | 7 |
| Date of registration: | 20/12/2022 |

**Proxies**                                                                                                    <span style="color:red">Index</span>

| | |
|---|---|
| Name: | DE OLIVEIRA DINIZ, PAULO SERGIO (Joint Proxy) |
| DNI: | Y9947981N |
| Date of appointment: | 20/07/2022 |
| Duration: | Indefinite |
| Enrollment: | 1 |
| Date of registration: | 27/10/2022 |
| Name: | KLECZ, LUIZ AUGUSTO (Joint Attorney in Fact) |
| DNI: | Y2733669H |
| Date of appointment: | 29/12/2020 |
| Duration: | Indefinite |

FEDERATIVE REPUBLIC OF BRAZIL

REPÚBLICA FEDERATIVA DO BRASIL

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**
TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL *- CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341                    BOOK No.                              PAGE No. 008

---

Enrollment:                    1

Date of registration:          27/10/2022

www.registradores.org

Page 6

[LOGO: Registradores de ESPAÑA]

Name:                          ANTUNES DA SILVA, ARMANDO SERGIO (Joint Attorney-in-fact)

DNI:                           Y2593747M

Date of appointment:           29/12/2020

Duration:                      Indefinite

Enrollment:                    1

Date of registration:          27/10/2022

Name:                          ZANGARI, MARCO ANTONIO (Joint Attorney-in-Fact)

DNI:                           Y8054099L

Date of appointment:           06/03/2020

Duration:                      Indefinite

Enrollment:                    1

Date of registration:          27/10/2022

Name:                          ZANGARI, MARCO ANTONIO (Joint Attorney-in-Fact)

DNI:                           Y8054099L

Date of appointment:           06/03/2020

Duration:                      Indefinite

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL·- *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe  nº 406  • CPF 756.770.758-68
Rua Princesa Isabel nº 206  -  Aloisio Pinto  -  Garanhuns  (PE)  CEP :  55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341                BOOK No.                          PAGE No. 009

| | |
|---|---|
| Enrollment: | 1 |
| Date of registration: | 27/10/2022 |
| | |
| Name: | ZANGARI, MARCO ANTONIO (Joint Attorney-in-Fact) |
| DNI: | Y8054099L |
| Date of appointment: | 29/12/2020 |
| Duration: | Indefinite |
| Enrollment: | 1 |
| Date of registration: | 10/27/2022 |

www.registradores.org

www.registradores.org

Page 7

[LOGO: Registradores de ESPAÑA]

| | |
|---|---|
| Name: | CARLOS ROCHA, THAINA (Proxy) |
| DNI: | Z0011374V |
| Date of appointment: | 03/11/2022 |
| Duration: | Indefinite |
| Enrollment: | 5 |
| Date of registration: | 05/12/2022 |
| Date of deed: | 18/11/2022 |
| Notary/Certifier: | JUAN BENGURIA CORTABITARTE |
| Residence: | BILBAO - BIZKAIA |

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL·- *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206  -  Aloisio Pinto  -  Garanhuns  (PE)  CEP :  55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341                    BOOK No.                    PAGE No. 0010

| | |
|---|---|
| Protocol number: | 2022/3186 |
| Name: | GRADIN, MARCOS ISABELINO (Attorney in Fact) |
| DNI: | Y2783726G |
| Date of appointment: | 03/11/2022 |
| Duration: | 03/11/2024 |
| Enrollment: | 6 |
| Date of registration: | 05/12/2022 |
| Date of deed: | 18/11/2022 |
| Notary/Certifier: | JUAN BENGURIA CORTABITARTE |
| Residence: | BILBAO - BIZKAIA |
| Protocol number: | 2022/3187 |
| Name: | ZANGARI, MARCO ANTONIO (Proxy) |
| DNI: | Y8054099L |
| Date of appointment: | 30/03/2023 |
| Duration: | Indefinite |

www.registradores.org

Page 8

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341                    BOOK No.                    PAGE No. 0011

---

[LOGO: Registradores de ESPAÑA]

| | |
|---|---|
| Enrollment: | 8 |
| Date of registration: | 15/05/2023 |
| Date of deed: | 10/05/2023 |
| Notary/Certifier: | JUAN BENGURIA CORTABITARTE |
| Residence: | BILBAO - BIZKAIA |
| Protocol number: | 2023/1182 |

| | |
|---|---|
| Name: | AROSTEGI LACABEX, LAUREANO (Proxy) |
| DNI: | 16057766V |
| Date of appointment: | 30/03/2023 |
| Duration: | Indefinite |
| Enrollment: | 8 |
| Date of registration: | 15/05/2023 |
| Date of deed: | 10/05/2023 |
| Notary/Certifier: | JUAN BENGURIA CORTABITARTE |
| Residence: | BILBAO - BIZKAIA |
| Protocol number: | 2023/1182 |

| | |
|---|---|
| Name: | KLECZ, LUIZ AUGUSTO (Attorney-in-fact) |
| DNI: | Y2733669H |
| Date of appointment: | 30/03/2023 |
| Duration: | Indefinite |
| Enrollment: | 8 |

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

| TRANSLATION No. 1341 | BOOK No. | PAGE No. 0012 |
|---|---|---|

| | |
|---|---|
| Date of registration: | 15/05/2023 |
| Date of deed: | 10/05/2023 |
| Notary/Certifier: | JUAN BENGURIA CORTABITARTE |
| Residence: | BILBAO - BIZKAIA |

www.registradores.org

Page 9

[LOGO: Registradores de ESPAÑA]

| | |
|---|---|
| Protocol number: | 2023/1182 |

| | |
|---|---|
| Name: | ZANGARI, MARCO ANTONIO (Proxy) |
| DNI: | Y8054099L |
| Date of appointment: | 05/12/2023 |
| Duration: | Indefinite |
| Enrollment: | 11 |
| Date of registration: | 22/02/2024 |
| Date of deed: | 15/02/2024 |
| Notary/Certifier: | JUAN BENGURIA CORTABITARTE |
| Residence: | BILBAO - BIZKAIA |
| Protocol number: | 2024/496 |

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341                    BOOK No.                    PAGE No. 0013

| | |
|---|---|
| Name: | ZAUSNER SKARBNIK, KARINA (Proxy) |
| DNI: | Y9742842X |
| Date of appointment: | 05/12/2023 |
| Duration: | Indefinite |
| Enrollment: | 11 |
| Date of registration: | 22/02/2024 |
| Date of deed: | 15/02/2024 |
| Notary/Certifier: | JUAN BENGURIA CORTABITARTE |
| Residence: | BILBAO - BIZKAIA |
| Protocol number: | 2024/496 |

| | |
|---|---|
| Name: | ANTUNES DA SILVA, ARMANDO SERGIO (Attorney-in-fact) |
| DNI: | Y2593747M |
| Date of appointment: | 05/12/2023 |

www.registradores.org

Page 10

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341                    BOOK No.                    PAGE No. 0014

---

[LOGO: Registradores de ESPAÑA]

| | |
|---|---|
| Duration: | Indefinite |
| Enrollment: | 11 |
| Date of registration: | 22/02/2024 |
| Date of deed: | 15/02/2024 |
| Notary/Certifier: | JUAN BENGURIA CORTABITARTE |
| Residence: | BILBAO - BIZKAIA |
| Protocol number: | 2024/496 |

| | |
|---|---|
| Name: | KLECZ, LUIZ AUGUSTO (Attorney-in-fact) |
| DNI: | Y2733669H |
| Date of appointment: | 05/12/2023 |
| Duration: | Indefinite |
| Enrollment: | 11 |
| Date of registration: | 22/02/2024 |
| Date of deed: | 15/02/2024 |
| Notary/Certifier: | JUAN BENGURIA CORTABITARTE |
| Residence: | BILBAO - BIZKAIA |
| Protocol number: | 2024/496 |

| | |
|---|---|
| Name: | ZANGARI, MARCO ANTONIO (Proxy) |
| DNI: | Y8054099L |
| Date of appointment: | 05/12/2023 |
| Duration: | Indefinite |

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341          BOOK No.          PAGE No. 0015

| | |
|---|---|
| Enrollment: | 12 |
| Date of registration: | 22/02/2024 |
| Date of deed: | 15/02/2024 |
| Notary/Certifier: | JUAN BENGURIA CORTABITARTE |

www.registradores.org

Page 11

[LOGO: Registradores de ESPAÑA]

| | |
|---|---|
| Residence: | BILBAO - BIZKAIA |
| Protocol number: | 2024/497 |

| | |
|---|---|
| Name: | ANTUNES DA SILVA, ARMANDO SERGIO (Attorney-in-fact) |
| DNI: | Y2593747M |
| Date of appointment: | 05/12/2023 |
| Duration: | Indefinite |
| Enrollment: | 12 |
| Date of registration: | 22/02/2024 |
| Date of deed: | 15/02/2024 |
| Notary/Certifier: | JUAN BENGURIA CORTABITARTE |
| Residence: | BILBAO - BIZKAIA |
| Protocol number: | 2024/497 |

FEDERATIVE REPUBLIC OF BRAZIL

REPÚBLICA FEDERATIVA DO BRASIL

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**
TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloísio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341          BOOK No.                    PAGE No. 0016

---

| | |
|---|---|
| Name: | AROSTEGUI LACABEX, LAUREANO (Proxy) |
| DNI: | 16057766V |
| Date of appointment: | 05/12/2023 |
| Duration: | Indefinite |
| Enrollment: | 12 |
| Date of registration: | 22/02/2024 |
| Date of deed: | 15/02/2024 |
| Notary/Certifier: | JUAN BENGURIA CORTABITARTE |
| Residence: | BILBAO - BIZKAIA |
| Protocol number: | 2024/497 |

| | |
|---|---|
| Name: | KLECZ, LUIZ AUGUSTO (Attorney-in-fact) |
| DNI: | Y2733669H |

www.registradores.org

Page 12

[LOGO: Registradores de ESPAÑA]

| | |
|---|---|
| Date of appointment: | 05/12/2023 |
| Duration: | Indefinite |
| Enrollment: | 12 |
| Date of registration: | 22/02/2024 |
| Date of deed: | 15/02/2024 |
| Notary/Certifier: | JUAN BENGURIA CORTABITARTE |

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
Telefone/*Phone*/Whatsapp +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

| TRANSLATION No. 1341 | BOOK No. | PAGE No. 0017 |
|---|---|---|

| | |
|---|---|
| Residence: | BILBAO - BIZKAIA |
| Protocol number: | 2024/497 |

| | |
|---|---|
| Name: | ZAUSNER SKARBNIK, KARINA (Proxy) |
| DNI: | Y9742842X |
| Date of appointment: | 05/12/2023 |
| Duration: | Indefinite |
| Enrollment: | 12 |
| Date of registration: | 22/02/2024 |
| Date of deed: | 15/02/2024 |
| Notary/Certifier: | JUAN BENGURIA CORTABITARTE |
| Residence: | BILBAO - BIZKAIA |
| Protocol number: | 2024/497 |

**List of registered acts published in the BORME**                                                 <span style="color:red">index</span>

Registration 13
Date of publication: 05/03/24. Bulletin No.: 46. Reference No.: 01125442024.
Recorded in the BI-00079526tomo 06137, folio 019 Date of registration: 02/26/2024
Registered acts:
Appointment of position.
Termination of office.

Enrollment 12
Date of publication: 02/29/24. Bulletin No.: 43. Reference No.: 01046522024.

www.registradores.org

Page 13

[LOGO]

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com (skype: antonio.dari)

TRANSLATION No. 1341                BOOK No.                PAGE No. 0018

---

[LOGO: Registradores de ESPAÑA]

Recorded in the BI-00079526tomo 06137, folio 019 Date of registration: 02/22/2024

Registered acts:

Granting of powers of attorney.

Granting of powers of attorney.

Granting of powers of attorney.

Granting of powers of attorney.

Granting of powers of attorney.

Registration 11

Date of publication: 02/29/24. Bulletin No.: 43. Reference No.: 01046512024.

Recorded in the BI-00079526tomo 06137, folio 018 Date of registration: 22/02/2024

Registered acts:

Granting of powers of attorney.

Granting of powers of attorney.

Granting of powers of attorney.

Granting of powers of attorney.



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11 9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com (skype: antonio.dari)

| TRANSLATION No. 1341 | BOOK No. | PAGE No. 0019 |
|---|---|---|

Registration 10

Date of publication: 02/29/24. Bulletin No.: 43. Reference No.: 01046532024.

Recorded in the BI-00079526tomo 06137, folio 019 Date of registration: 22/02/2024

Registered acts:

Revocation of powers of attorney.

Revocation of powers of attorney.

Revocation of powers of attorney.

Revocation of powers of attorney.

Revocation of powers of attorney.

Revocation of powers of attorney.

Revocation of powers of attorney.

Revocation of powers of attorney.

Revocation of powers of attorney.

Revocation of powers of attorney.

Revocation of powers of attorney.

Revocation of powers of attorney.

Revocation of powers of attorney.

Registration 9

Date of publication: 28/11/23. Bulletin N°: 226. Reference N°: 05068542023.

Registered in the BI-00079526tomo 06137, folio 017 Date of registration: 21/11/2023

Registered acts:

Appointment of a Member of an administrative body.

www.registradores.org

Page 14

[LOGO: Registradores de ESPAÑA]

Termination of a Member of the Board of Directors.



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe  nº 406  • CPF 756.770.758-68
Rua Princesa Isabel nº 206  -  Aloisio Pinto  -  Garanhuns (PE) CEP :  55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341                 BOOK No.                          PAGE No. 0020

Registration 8

Date of publication: 05/25/23. Bulletin N°: 97. Reference N°: 02379242023.
Registered in the BI-00079526tomo 06137, folio 017 Date of registration: 15/05/2023
Registered acts:
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.

Registration 7

Date of publication: 30/12/22. Bulletin N°: 247. Reference N°: 05724712022.
Registered in the BI-00079526tomo 06137, folio 017 Date of registration: 20/12/2022
Registered acts:
Re-election of the Statutory Auditor.

Registration 6

Date of publication: 21/12/22. Bulletin N°: 241. Reference N°: 05566272022.
Registered in the BI-00079526tomo 06137, folio 016 Date of registration: 05/12/2022
Registered acts:
Granting of powers of attorney.

Registration 5

Date of publication: 21/12/22. Bulletin N°: 241. Reference N°: 05566262022.
Registered in the BI-00079526tomo 06137, folio 015 Date of registration: 05/12/2022
Registered acts:
Granting of powers of attorney.





**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11 9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com (skype: antonio.dari)

TRANSLATION No. 1341                BOOK No.                PAGE No. 0021

---

Enrollment 4

Date of publication: 21/12/22. Bulletin N°: 241. Reference N°: 05566252022.

Registered in the BI-00079526tomo 06137, folio 014 Date of registration: 05/12/2022

Registered acts:

Appointment of a Member of an administrative body.

Appointment of a Member of an administrative body.

Termination of a Member of the Board of Directors.

Termination of a Member of the Board of Directors.

Termination of a Member of the Board of Directors.

Appointment of position.

Termination of office.

Other registrable acts: Fixing the number of Board members at three.

---

www.registradores.org

Page 15

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341                    BOOK No.                    PAGE No. 0022

---

[LOGO: Registradores de ESPAÑA]

of Administration.

**Enrollment 3**

Date of publication: 21/12/22. Bulletin N°: 241. Reference N°: 05566242022.
Registered in the BI-00079526tomo 06137, folio 014 Date of registration: 05/12/2022
Registered acts:
Change of address.
Article of the bylaws.

**Registration 1**

Registered in the BI-00079526tomo 06127, folio 210 Date of registration: 07/11/2022
Registered acts:
Change of corporate purpose.
Declaration of unipersonality.

**Enrollment 2**

Date of publication: 17/11/22. Bulletin N°: 219. Reference N°: 05009322022.
Registered in the BI-00079526tomo 06137, folio 013 Date of registration: 07/11/2022
Registered acts:
Transfer of R. comes from another Registry.





**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe  nº 406  • CPF 756.770.758-68
Rua  Princesa  Isabel  nº 206  -  Aloisio  Pinto  -  Garanhuns  (PE)  CEP :  55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

| TRANSLATION No. 1341 | BOOK No. | PAGE No. 0023 |
|---|---|---|

Registration 1

Registered on sheet No record-No record 06127, folio 210 Date of registration: 10/27/2022
Registered acts:
Constitution.
Change of name.
Change of name.
Change of address.
Capital increase.
Capital increase.
Capital increase.
Capital increase.
Capital increase.
Capital increase.
Capital increase.
Capital increase.
Capital reduction.
Capital reduction.
Capital reduction.
Change of corporate purpose.
Disbursement of passive dividends.

www.registradores.org

Page 16

[LOGO: Registradores de ESPAÑA]

Disbursement of passive dividends. Article of the bylaws.
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11 9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com (skype: antonio.dari)

TRANSLATION No. 1341                BOOK No.                        PAGE No. 0024

Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341                BOOK No.                    PAGE No. 0025

[LOGO: Registradores de ESPAÑA]

Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of an administrative body
Appointment of Member of the Management Body
Appointment of Member of the Management Body
Appointment of Member of the Management Body
Appointment of Member of the Management Body
Appointment of Member of the Management Body
Appointment of Member of the Management Body
Appointment of Member of the Management Body
Appointment of Member of the Management Body
Appointment of Member of the Management Body
Revocation of Member of the Management Body
Revocation of Member of the Management Body
Revocation of Member of the Management Body
Revocation of Member of the Management Body
Revocation of Member of the Management Body
Revocation of Member of the Management Body
Revocation of Member of the Management Body
Revocation of Member of the Management Body
Revocation of Member of the Management Body
Cessation of member of the administrative body.
Termination of Member of the Board of Directors.
Termination of a Member of the Board of Directors.

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**
TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341                 BOOK No.                              PAGE No. 0026

Resignation of a member of the Board of Directors.
Resignation of a Member of the Board of Directors.
Resignation of Member of the Board of Directors....
Resignation of Member of the Board of Directors....
Resignation of a member of the Board of Directors.
Resignation as member of the Board of Directors...

www.registradores.org

Page 18

[LOGO: Registradores de ESPAÑA]

Resignation as member of the administrative organ...
Resignation as member of the Board of Directors...
Resignation as a member of the Board of Directors...
Resignation as member of the Board of Directors...
Resignation as member of the Board of Directors...
Resignation as member of the Board of Directors...
Resignation as member of the Board of Directors...
Resignation as member of the Board of Directors...
Resignation as a member of the Board of Directors...
Resignation as a member of the Board of Directors...
Resignation as a member of the Board of Directors...
Resignation as a member of the Board of Directors...
Resignation as a member of the Board of Directors...
Resignation as a member of the Board of Directors...
Resignation as a member of the Board of Directors...
Resignation as a member of the Board of Directors...
Resignation as a member of the Board of Directors...
Resignation as a member of the Board of Directors...
Resignation as member of the Board of Directors...
Resignation as a member of the Board of Directors...
Resignation member of the administrative organ...
Appointment of position. Appointment of position.
Appointment of position. Appointment of position.
Appointment of position. Termination of office.
Resignation from office.

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**
TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341                 BOOK No.                         PAGE No. 0027

Granting of powers of attorney. Granting of powers of attorney. Granting of powers of attorney. Granting of powers of attorney. Granting of powers of attorney. Granting of powers of attorney. Granting of powers of attorney.

Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.

www.registradores.org

Page 19

[LOGO: Registradores de ESPAÑA]

Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341                BOOK No.                PAGE No. 0028

Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.
Granting of powers of attorney.

www.registradores.org

Page 20

[LOGO: Registradores de ESPAÑA]

Granting of powers of attorney. Granting of powers of attorney. Granting of powers of attorney. Granting of powers of attorney. Granting of powers of attorney. Granting of powers of attorney. Granting of powers of attorney. Granting of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of attorney. Revocation of powers of



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**
TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

| TRANSLATION No. 1341 | BOOK No. | PAGE No. 0029 |
|---|---|---|

attorney. Revocation of powers of attorney. Revocation of powers of attorney.
Revocation of powers of attorney. Revocation of powers of attorney. Revocation of
powers of attorney. Revocation of powers of attorney. Revocation of powers of
attorney. Revocation of powers of attorney. Revocation of powers of attorney.

www.registradores.org
Page 21

[LOGO: Registradores de ESPAÑA]

Revocation of powers of attorney.
Revocation of powers of attorney.
Revocation of powers of attorney.
Revocation of powers of attorney.
Appointment of auditors and experts.
Expiration of auditors and experts.
Transformation.
Merger by absorption.absorbed company: CIMPOR ECO SL
Merger by takeover: CIMPOR TRADING S.A.
Merger by take-over: CAUE AUSTRIA HOLDING GMBH
Partial spin-off Beneficiary company: INTERCEMENT TRADING E INVERSIONES
EGIPTO SL
Other registrable acts.
Other registrable acts.
Other registrable acts.
Other registrable acts.
Re-election as Member of the Administrative Org.
Re-election as Member of the Administrative Org.
Re-election as Member of the Administrative Org.
Re-election as Member of the Administrative Org.
Re-election as Member of the Administrative Org.
Re-election as Member of the Administrative Org.
Re-election as Member of the Administrative Org.
Re-election as Member of the Administrative Org.
Re-election as Member of the Administrative Org.
Re-election as Member of the Administrative Org.
Declaration of unipersonality.

FEDERATIVE REPUBLIC OF BRAZIL

REPÚBLICA FEDERATIVA DO BRASIL

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL *- CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11 9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com (skype: antonio.dari)

TRANSLATION No. 1341                 BOOK No.                 PAGE No. 0030

Declaration of unipersonality.

Loss of the unipersonal character.

Loss of the unipersonal character.

Expansion of the corporate purpose.

Appointment of an auditor.

Appointment of an auditor.

Appointment of an auditor.

Re-election of the Statutory Auditor.

Re-election of the Statutory Auditor.

Re-election of the Statutory Auditor.

Re-election of the Statutory Auditor.

Re-election of the Statutory Auditor.

Re-election of the Statutory Auditor.

Re-election of the Statutory Auditor.

Re-election of the Statutory Auditor.

Re-election of the Statutory Auditor.

Re-election of the Statutory Auditor.

Re-election of the Statutory Auditor.

Re-election of the Statutory Auditor.

Re-election of the Statutory Auditor.

Re-election of the Statutory Auditor.

www.registradores.org

Page 22

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11 9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com (skype: antonio.dari)

TRANSLATION No. 1341                   BOOK No.                   PAGE No. 0031

---

[LOGO: Registradores de ESPAÑA]

**Deposit of annual accounts**

*index*

| | |
|---|---|
| Fiscal year 2022 | Ordinary. **Date of deposit:** 09/08/2023 **Journal:** 0/20700 **Deposit:** File: 3/2023/16350 **Closing date:** 12/31/2022. Main CNAE: 6420 |
| Fiscal year 2021 | Ordinary. **Date of deposit:** 12/12/2022 **Journal:** 0/26717 **Deposit:** File: 3/2022/25391 **Closing date:** 12/31/2021. Main CNAE: 6420 |
| Fiscal year 2020 | Ordinary. **Deposit Date:** 11/16/2021 **Journal:** 0/207856 **Deposit:** File: 3/2022/23600 **Closing Date:** 12/31/2020 |
| Fiscal year 2019 | Ordinary. **Deposit Date:** 06/29/202020 **Journal:** 0/207855 **Deposit:** File: 3/2022/23599 **Closing Date:** 12/31/2019 |
| Fiscal year 2018 | Ordinary. **Deposit Date:** 07/18/2019 **Journal:** 0/207854 **Deposit:** File: 3/2022/23598 **Closing Date:** 12/31/2018 |
| Fiscal year 2017 | Ordinary. **Deposit date:** 07/16/2018 **Journal:** 0/207853 **Deposit:** File: 3/2022/23597 **Closing date:** 12/31/2017. |
| Fiscal year 2016 | Ordinary. **Deposit date:** 05/15/2017 **Journal:** 0/207852 **Deposit:** File: 3/2022/23596 **Closing date:** 12/31/2016. |

**Legalized books**

*Index*

| | |
|---|---|
| Fiscal year 2022 | Legalization date: 05/05/2023 |
| Fiscal year 2021 | Legalization date: 04/25/2022 |
| Fiscal year 2021 | Legalization date: 07/22/2022 |

www.registradores.org
Page 23

FEDERATIVE REPUBLIC OF BRAZIL

REPÚBLICA FEDERATIVA DO BRASIL

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341                BOOK No.                        PAGE No. 0032

[LOGO: Registradores de ESPAÑA]

Fiscal year 2020            Legalization date: 10/05/2021
Fiscal year 2020            Legalization date: 12/05/2021

Fiscal year 2019            Legalization date: 06/07/2020
Fiscal year 2018            Legalization date: 08/05/2019
Fiscal year 2018            Legalization date: 01/07/2019
Fiscal year 2017            Date of legalization: 08/05/2018
Fiscal year 2016            Date of legalization: 27/04/2017
Fiscal year 2015            Date of legalization: 06/15/2016
Fiscal year 2014            Date of legalization: 05/14/2015
Fiscal year 2014            Date of legalization: 06/15/2016
Fiscal year 2013            Date of legalization: 28/03/2014
Fiscal year 2012            Date of legalization: 05/23/2013
Fiscal Year 12/13           Date of legalization: 06/15/2016
Fiscal year 2011            Date of legalization: 04/30/2012
Fiscal year 2010            Date of legalization: 09/16/2011
Fiscal year 2009            Date of legalization: 07/15/2010
Fiscal year 2009            Date of legalization: 12/16/2009

www.registradores.org
Page 24

**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11  9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com  (skype: antonio.dari)

TRANSLATION No. 1341                BOOK No.                        PAGE No. 0033

---

[LOGO: Registradores de ESPAÑA]

Fiscal year 2008          Date of legalization: 03/31/2010

Fiscal year 2007          Date of legalization: 11/09/2008

Fiscal year 2006          Date of legalization: 04/27/2007

Fiscal year 2006          Date of legalization: 04/27/2007

Fiscal year 2005          Date of legalization: 02/28/2007

Fiscal year 2005          Date of legalization: 02/28/2007

Fiscal year 2004          Date of legalization: 11/24/2004

Fiscal year 2004          Date of legalization: 02/28/2007

Fiscal year 2004          Date of legalization: 02/28/2007

Fiscal year 2003          Date of legalization: 04/21/2004

Fiscal year 2003          Date of legalization: 12/16/2004

Fiscal year 2003          Date of legalization: 12/01/2005

Fiscal year 2002          Date of legalization: 10/21/2002

Fiscal year 2002          Date of legalization: 04/28/2003

Fiscal year 2002          Date of legalization: 13/10/2003

This information is issued with reference to the data incorporated in the computer file of the Commercial Registry and has a purely informative value. In case of discrepancy, the content of the registry entries prevails over the index kept by computer procedures. The Certification issued by the Mercantile Registrar will be the only means of reliably certifying the content of the entries and other documents filed or deposited in the Registry (Article 77 of the Mercantile Registry Regulations).

**BASIC INFORMATION ON PERSONAL DATA PROTECTION**

**Data Controller:** Registrar/Entity listed in the header of the document. For more information, you can consult the rest of the data protection information.

**Purpose of processing:** Provision of the requested registration service including the practice of associated notifications and, where appropriate, billing thereof, as well as to comply with legislation on money laundering and terrorist financing, which may include profiling.

**Legal basis for processing:** The processing of the data is necessary: for the performance of a task carried out in the public interest or in the exercise of public powers vested in the registrar, in compliance with the relevant legal obligations, as well as for the performance of the requested service.

**Rights:** Mortgage and mercantile legislation establish a special regime with respect to the exercise of certain rights, so the provisions therein shall be complied with. For matters not provided for in the registry regulations, the provisions of the data protection legislation shall apply, as indicated in the details of the additional information. In any case, the exercise of the rights recognized by the data protection legislation to the holders of the same will be



**REPÚBLICA FEDERATIVA DO BRASIL**
*FEDERATIVE REPUBLIC OF BRAZIL*
**ANTONIO DARI ANTUNES ZHBANOVA**

TRADUTOR PÚBLICO E INTÉRPRETE COMERCIAL - *CERTIFIED PUBLIC TRANSLATOR*
Idioma/Language: Inglês - Português/*English - Portuguese*
Matrícula Jucepe nº 406 • CPF 756.770.758-68
Rua Princesa Isabel nº 206 - Aloisio Pinto - Garanhuns (PE) CEP : 55.292-21 0
*Telefone/Phone/Whatsapp* +55 11 9 8784 1006 – (87) 92000-9314 - e-mail: dari.zhbanova@gmail.com (skype: antonio.dari)

TRANSLATION No. 1341                 BOOK No.                          PAGE No. 0034

---

adjusted to the requirements of the registry procedure.

**Categories of data:** Identity data, contact data, other data available in the additional data protection information.

**Recipients:** The processing of data by other recipients is foreseen. No international transfers are foreseen.

**Sources from which the data originate:** The data may come: from the data subject himself/herself, presenter, legal representative, Gestoría/Advisoría.

**Other data protection information:** Available at https://www.registradores.org/politica-de-privacidad-servicios-registrales depending on the type of registration service requested.

www.registradores.org

Page 25

================================================================================

Nothing else was contained in said original, which I return with this faithful translation. In witness whereof, I have hereunto set my hand and seal of office. Jun 24, 2024.

Emoluments according to the law.

**ACTA**

**DEL CONSEJO DE ADMINISTRACIÓN POR ESCRITO Y SIN SESIÓN DE**

**INTERCEMENT TRADING E INVERSIONES, S.A., UNIPERSONAL (LA "SOCIEDAD")**

Fecha de solicitud del voto: 2 de diciembre de 2024

Fecha de adopción de los acuerdos: 3 de diciembre de 2024

De conformidad con el procedimiento escrito y sin sesión, constando que no ha habido la oposición de ningún consejero a este procedimiento y que el voto ha sido emitido por todos los consejeros, esto es, Don Marco Antonio Zangari, Don Laureano Arostegi Lacabex y Doña Karina Zausner Skarbnik, en la fecha legalmente prevista a tal efecto desde que cada uno de los consejeros recibió la solicitud de emisión del voto, se adoptan unánimemente los siguientes:

**ACUERDOS**

**PRIMERO.- Consideraciones en cuanto a la situación del Grupo y de la Sociedad**

A la vista del acuerdo adoptado por la Asamblea General Extraordinaria celebrada por la sociedad dominante del grupo de Sociedades al que pertenece la Sociedad, esto es, MOVER PARTICIPAÇÕES S.A., sociedad de nacionalidad brasileña registrada en el CNPJ/MF, bajo el número 01.098.905/0001-09, en relación con la presentación de una solicitud de reestructuración judicial de la citada Compañía y de ciertas sociedades controladas por la misma, entre ellas, Intercement Trading e Inversiones, S.A. (en adelante, "**Mover**", y conjuntamente con sus sociedades dependientes, el "**Grupo**"), se hace constar lo siguiente en relación con la situación financiera del Grupo y de la Sociedad:

- Tal y como se hizo constar en el Acta del Consejo de Administración de la Sociedad de 21 de junio de 2024, al efecto de proteger debidamente los bienes y derechos del Grupo mientras el Grupo negociaba con los acreedores financieros en Brasil para implementar una reestructuración, el pasado 15 de julio de 2024 Mover, InterCement Participações S.A. y otras empresas del Grupo entre las que se encuentra la Sociedad optaron por iniciar un procedimiento de mediación bajo la Ley Federal Brasileña Federal nº 11.101/2005 con sus principales acreedores ante la *Câmara Especial de Resolução de Conflitos em Reestruturação de Empresas* – CAMCMR en Brasil, a fin de intentar llegar a una solución que debía ser aceptada voluntariamente

**1**

por todas las partes en un periodo máximo de 60 días (debiendo iniciar de lo contrario un procedimiento de reestructuración). Dicho proceso de mediación fue complementado con una solicitud de medidas cautelares a fin de impedir que los acreedores invitados al proceso pudieran ejecutaran o se apropiaran de activos de las solicitantes, que fueron concedidas por el Tribunal Concursal número 1 del Distrito de São Paulo (Estado de São Paulo) en la misma fecha.

- Posteriormente, y tras meses de negociaciones, el 16 de septiembre de 2024, ciertas sociedades del Grupo presentaron una solicitud de reestructuración extrajudicial que incluía un plan de reestructuración (el "**EJ Plan**") (*pedido de homologação de plano de recuperação extrajudicial*) ante los tribunales del distrito de la capital de São Paulo, de conformidad con los artículos 161 y siguientes de la Ley nº 11.101, de 9 de febrero de 2005, de Leyes de la República Federativa de Brasil ("**Reestructuración Extrajudicial Brasileña**"), que confirió a la Sociedad y al Grupo un periodo adicional de 120 días de protección frente a potenciales acciones de terceros, de forma que la Sociedad y el Grupo pudieran seguir operando sus negocios, preservando su valor y asegurando la viabilidad del Grupo y, en último término, evitando una potencial situación de insolvencia. Asimismo, lo anterior confirió a la Sociedad y al Grupo la oportunidad de negociar en Brasil con los principales acreedores los términos finales de un plan de reestructuración global.

- En otras jurisdicciones se aprobaron medidas similares, esto es, se inició un procedimiento de Chapter 15 en Estados Unidos, un *cooling-off period* (*afkoelingsperiode*) y el nombramiento de un observador (*observator*) en Países Bajos.

- En España, por su parte, se presentó una comunicación de apertura de negociaciones prevista en el artículo 585 del Real Decreto Legislativo 1/2020, de 5 de mayo, por el que se aprueba el texto refundido de la Ley Concursal ante los Juzgados de lo Mercantil de Bilbao en fecha 16 de julio de 2024, teniéndola por efectuada mediante decreto de fecha 19 de julio de 2024 el Juzgado de lo Mercantil nº 2 de Bilbao. Asimismo, en fecha 15 de octubre, la Sociedad presentó ante dicho mismo Juzgado una solicitud de extensión de los efectos de la comunicación inicial. Dicha extensión fue concedida por el Juez titular de dicho Juzgado, por medio de auto de fecha 17 de octubre, lo que otorgó a la Sociedad un marco temporal de protección frente a potenciales acciones de terceros acreedores, por un periodo de tres meses adicionales a los tres inicialmente conferidos, esto es, hasta el 16 de enero de 2025.

- El Grupo y Mover han estado negociando con un potencial inversor brasileño para llevar a cabo una determinada operación de fusiones y adquisiciones (el "**M&A**"). No obstante, a pesar de los esfuerzos significativos de la Sociedad y el Grupo para alcanzar un acuerdo, no se ha logrado cerrar el M&A dentro del plazo y las condiciones

previstas en el EJ Plan. Asimismo, el M&A se ha frustrado por los continuos ataques de un grupo de acreedores de determinados bonos estadounidenses emitidos por InterCement Financial Operations B.V. (el "**Grupo Ad-Hoc**") que han ahuyentado a un potencial inversor, mediante la presentación de escritos judiciales o el envío de documentos privados en Brasil, Holanda, Estados Unidos o España, con el propósito principal de ganar poder en una potencial negociación de la reestructuración.

- Por consiguiente, Mover y su Grupo tienen la necesidad de llevar a cabo una reestructuración judicial en Brasil, al amparo de la Ley nº 11.101, de 9 de febrero de 2005, de Leyes de la República Federativa de Brasil (la "**Reestructuración Judicial Brasileña**"), a los efectos de seguir operando sus negocios, preservando su valor y asegurando la viabilidad del Grupo y, en último término, evitando una potencial situación de insolvencia.

- A su vez, se quiere dejar expresa constancia de que la Reestructuración Judicial Brasileña no solamente beneficiará al conjunto de las sociedades que componen el Grupo, sino que redundará también en el propio beneficio de la Sociedad, dado que (i) concederá un marco judicial para la negociación con sus acreedores, y (ii) potencialmente prorrogará la fecha de vencimiento de determinados préstamos intragrupo y deuda en la que la Sociedad actúa como garante.

- La razón por la que, nuevamente, la Sociedad decide acudir a los mecanismos de reestructuración del derecho brasileño obedece a que se trata de la jurisdicción en la que se está negociando con todos los acreedores financieros de la sociedad que no son PER (todos ellos son bancos brasileños), sin perjuicio de que los principales bienes y derechos de la Sociedad se encuentran en Brasil, además de las participaciones sobre el negocio en Loma Negra, Argentina. En cuanto a la persona especialmente relacionada (PER) que es titular de un crédito financiero afectado por la reestructuración de la sociedad, se trata de la sociedad neerlandesa ICBV, que también va a ser parte de la Reestructuración Judicial Brasileña. La estrategia de la Sociedad sigue consistiendo en pedir el reconocimiento de la Reestructuración Judicial Brasileña en España.

**SEGUNDO. - Aprobación de la Reestructuración Judicial del Grupo**

A la vista de la situación financiera de la Sociedad y del Grupo, y tras haber tenido acceso todos los miembros del Consejo de Administración al texto de la solicitud de Reestructuración Judicial Brasileña, se decide:

(i)     aprobar y presentar la solicitud de reestructuración judicial (*recuperação judicial*) de la Sociedad, que se presentará ante los tribunales del distrito de la capital de São Paulo, de conformidad la Ley nº 11.101, de 9 de febrero de 2005, de Leyes de la República Federativa de Brasil, así como la participación de la Sociedad en dicho procedimiento, en un *Chapter 15* a tal efecto en Estados Unidos, así como el inicio y la realización de todos los trámites necesarios dentro de un procedimiento judicial en España que culmine con el reconocimiento de la Reestructuración Judicial en dicho territorio;

(ii)    tomar conocimiento y ratificar a todos los efectos en su integridad las actuaciones llevadas a cabo en la Reestructuración Extrajudicial Brasileña, así como las que se puedan llevar a cabo en el marco de la Reestructuración Judicial Brasileña, y en su ulterior reconocimiento en las distintas jurisdicciones;

(iii)   Nombrar al Sr. Antonio Reinaldo Rebalo Filho (el "**Representante**"), como representante extranjero ("*foreing representative*") de la Sociedad con poderes para representar a la misma en los Estados Unidos de América y actuar en dicho país como representante del procedimiento de RJ conforme a la Ley N.° 11.101/05 y otras leyes aplicables, incluyendo poderes para solicitar cualquier remedio disponible para un representante extranjero ("*foreing representative*"), según se define en el Código de los EE. UU., título 11, Capítulo 15; el Representante está autorizado para actuar como agente de la Sociedad en la Reestructuración Judicial en los Estados Unidos de América, lo que incluye iniciar, si fuera necesario y cuando se requiera, cualquier procedimiento de reconocimiento auxiliar u otro procedimiento de apoyo a la Reestructuración Judicial Brasileña (un "**Procedimiento Extranjero de Apoyo**"), así como iniciar cualquier acción en nombre de la Sociedad (en la medida en que lo permita la ley aplicable) que el Representante considere necesaria en relación con los remedios antes mencionados y con cualquier otro remedio que considere conveniente solicitar en el marco del Procedimiento Extranjero de Apoyo;

(iv)   Tomar conocimiento y ratificar la decisión del Grupo de nombrar a Dña. Karina Zausner Skarbnik como representante extranjera en España de la Reestructuración Judicial Brasileña a los efectos del art. 743 TRLC; y

(v)    facultar a los miembros del Consejo de Administración para realizar todos los actos y adoptar todas las medidas necesarias para la presentación de la solicitud de Reestructuración Judicial Brasileña de la Sociedad, incluyendo la firma de cuantos documentos públicos o privados sean precisos, así como otorgar los poderes que sean necesarios, de cara a la implementación de la

decisión aprobada en los puntos anteriores y en la Asamblea General de Accionistas de Mover.

Todo ello atendiendo al mejor interés de la Sociedad, de Mover y de su Grupo y teniendo en cuenta los intereses de sus acreedores, el accionista único y demás partes interesadas.

Asimismo, a los efectos oportunos, se hace constar que se ha considerado lo anteriormente expuesto, habiéndose monitorizado cuidadosamente la situación y analizado las distintas alternativas posibles.

En este sentido, el Consejo de Administración considera que la Reestructuración Judicial Brasileña es beneficiosa tanto para la Sociedad como para el Grupo.

**TERCERO. – Otorgamiento de poder**

Asimismo, y a fin de representar a la Sociedad en la Reestructuración Judicial Brasileña, se acuerda otorgar un poder especial, de carácter solidario, tan amplio y suficiente como lo requiera la ley brasileña, para las cuestiones legales que se indican a continuación, en favor de los siguientes apoderados:

EDUARDO SECCHI MUNHOZ, OAB/SP nº 126.764 y CPF/ME nº 163.171.888-66, ANA ELISA LAQUIMIA DE SOUZA, OAB/SP nº 373.757 y CPF/ME nº 418.605.618-88, GABRIELA MATTA RISTOW, OAB/SP nº 412.463 y CPF/ME nº 143.595.947-71, DANILO DOMINGUES GUIMARÃES, OAB/SP 422.993 y CPF/ME nº 826.997.782-53, RAPHAEL MALDI MENDES, OAB/SP nº 439.913 y CPF/ME nº 438.836.318-92, ANDRÉ TOLEDO VITA ABREU, OAB/SP nº 470.213 y CPF/MF nº 459.844.718-41, CAIO OLIVEIRA BARROS, OAB/SP nº 489.481 y CPF/MF nº 462.655.758-99, y LUCAS PEREIRA CALMON, OAB/SP nº 508.290 y CPF/MF nº 191.321.097-92 (los "**Apoderados**"), todos integrantes del bufete de abogados, E. Munhoz - Sociedade de Advogados, registrado en la OAB/SP bajo el nº 16.289, en Av. Pres. Juscelino Kubitschek, 1.600, 2º andar, conjunto 21, São Paulo/SP, CEP 04543-000 ("**E. Munhoz Advogados**"), otorgándoles poderes de la cláusula ad judicia et extra, con el fin específico de representar los intereses de la Sociedad mediante la presentación y seguimiento del proceso de Reestructuración Judicial Brasileña, así como los necesarios para confesar, transigir, desistir, renunciar, recibir y otorgar recibos de pago, firmar compromisos, suscribir documentos, notificar, contestar notificaciones, representar a la Sociedad en cualquier asamblea o reunión de acreedores, estando autorizados para emitir opiniones en interés de la Sociedad, así como representar y defender los intereses de la Sociedad en cualquier incidente, medida, recurso y/o acción judicial o extrajudicial relacionado con la Reestructuración Judicial Brasileña, ante todos los tribunales, organismos y esferas administrativas de jurisdicción competente, pudiendo, además, subdelegar con reserva de iguales poderes, en todo o en parte, los poderes ahora conferidos, siempre que sea a favor

de abogados que también formen parte de E. Munhoz Advogados o mediante autorización previa de la Sociedad.

Los Apoderados no tienen poderes para recibir citaciones o notificaciones en ningún proceso administrativo, judicial o extrajudicial, de cualquier naturaleza, en nombre de la Sociedad.

**CUARTO. - Delegación de facultades**

Facultar expresamente a D. Marco Antonio Zangari y a Dª. Karina Zausner Skabnik, para que cualquiera de ellos, indistintamente, en nombre y representación de la Sociedad, pueda hacer cuantos actos y trámites sean necesarios y/o convenientes para formalizar, elevar a públicos o inscribir los acuerdos de este Consejo, pudiendo incluso aclarar o subsanar cualesquiera de los extremos incluidos en el mismo, con todas sus incidencias, desarrollando y ejecutando los acuerdos, y con facultades amplias para subsanar o modificar los mismos para adaptarlos a la calificación notarial o registral, escrita o verbal.

De conformidad con lo previsto en el artículo 100 del Reglamento del Registro Mercantil, los presentes acuerdos se entienden adoptados en el domicilio social de la Sociedad el 3 de diciembre de 2024, fecha de recepción del último de los votos emitidos.

**Y PARA QUE ASÍ CONSTE**, se extiende la presente Acta, que es firmada por el Sr. Secretario con el Visto Bueno del Sr. Presidente, constando la aprobación de los restantes miembros del Consejo de Administración, tanto al Acta, como al procedimiento y a los Acuerdos, mediante la firma de los mismos al final de la misma.

**VºBº Presidente**

D. Marco Antonio Zangari
Fecha: 3 de diciembre de 2024.

Dña. Karina Zausner Skarbnik
Fecha: 3 de diciembre de 2024.

**El Secretario no consejero**



D. Luis Alba Ferré
Fecha: 3 de diciembre de 2024.

D. Laureano Arostegi Lacabex
Fecha: 3 de diciembre de 2024.

Docusign Envelope ID: 7642CF51-D8F7-430B-8251-7E0C9FC9239E



STATE OF NEW YORK

COUNTY OF NEW YORK

## <u>CERTIFICATION</u>

This is to certify that the attached translation is, to the best of my knowledge and belief, a true

and accurate translation from Spanish into English of the attached document.

Signed by:

Laura Musich

2680FA52C1844FB...

Laura Musich, Managing Editor
Lionbridge

06 December 2024 | 15:40 EST

MINUTES

**OF THE BOARD OF DIRECTORS, HELD IN WRITING AND WITHOUT A MEETING, OF INTERCEMENT TRADING E INVERSIONES, S.A., UNIPERSONAL (THE "COMPANY")**

Date vote was requested: December 2, 2024

Date resolutions were adopted: December 3, 2024

In accordance with the procedure for resolutions adopted in writing and without a meeting, noting that there has been no opposition from any board member to this procedure and that the vote has been cast by all the board members—that is, Mr. Marco Antonio Zangari, Mr. Laureano Arostegi Lacabex, and Ms. Karina Zausner Skarbnik—on the date legally established for this purpose, since each of the board members received the request to cast the vote, the following resolutions are adopted unanimously:

<u>RESOLUTIONS</u>

**ONE.- Considerations regarding the situation of the Group and the Company**

In view of the resolution adopted by the Extraordinary General Meeting held by the parent company of the group of companies to which the Company belongs, i.e. MOVER PARTICIPAÇÕES S.A., a Brazilian company registered with the CNPJ/MF under number 01.098.905/0001-09, in connection with the filing of a request for judicial restructuring of the aforementioned Company and certain companies it controls, including Intercement Trading e Inversiones, S.A. (hereinafter, "**Mover,**" and together with its subsidiaries, the **"Group"**), the following is hereby stated in relation to the financial situation of the Group and of the Company:

- As stated in the Minutes of the Company's Board of Directors meeting held June 21, 2024, in order to properly protect the Group's assets and rights while the Group was negotiating with financial creditors in Brazil to implement a restructuring, this past July 15, 2024, Mover, InterCement Participações S.A. and other Group companies, including the Company, opted to initiate a mediation procedure with its main creditors under Brazilian Federal Law No. 11,101/2005, before the Special Company Conflict Resolution and Restructuring Chamber (*Câmara Especial de Resolução de Conflitos em Reestruturação de Empresas* - CAMCMR) in Brazil, in order to try to achieve a resolution that could be accepted voluntarily

1

by all parties within a maximum period of 60 days (and failing that, a restructuring procedure would need to be initiated). This mediation process was complemented by a request for injunctive relief measures to prevent the creditors invited to the process from foreclosing or appropriating the assets of the applicants. These measures were granted by the Bankruptcy Court No. 1 of the District of São Paulo (State of São Paulo) on the same date.

- Subsequently, and after months of negotiations, on September 16, 2024, certain companies of the Group filed a request for extrajudicial restructuring, including a restructuring plan *(pedido de homologação de plano de recuperação extrajudicial,* the "**EJ Plan**") before the district courts of the capital of São Paulo, pursuant to Articles 161 et seq. of Law no. 11,101, dated February 9, 2005, the Laws of the Federative Republic of Brazil ("**Brazilian Extrajudicial Restructuring**"), which granted the Company and the Group an additional 120-day period of protection against potential actions by third parties so that the Company and the Group could continue to operate their businesses, preserving their value and ensuring the Group's viability and, ultimately, avoiding a potential insolvency situation. This also gave the Company and the Group the opportunity to negotiate in Brazil with its main creditors the final terms of a global restructuring plan.

- Similar measures were approved in other jurisdictions: i.e. a Chapter 15 procedure was initiated in the United States, and a cooling-off period *(afkoelingsperiode)* and the appointment of an observer *(observator)* in the Netherlands.

- In Spain, the notice of commencement of negotiations provided for in Article 585 of Royal Legislative Decree 1/2020, dated May 5, 2010, approving the revised text of the Insolvency Law, was filed with the Commercial Courts of Bilbao on July 16, 2024, and was deemed by the Commercial Court No. 2 of Bilbao to have been executed by decree dated July 19, 2024. Likewise, on October 15, the Company filed a request for an extension of the effects of the initial communication with the same Court. This extension was granted by the Judge of that Court by means of an order dated October 17, which granted the Company a temporary framework of protection against potential actions of third-party creditors for a period of three months in addition to the three months initially granted: that is, until January 16, 2025.

- The Group and Mover have been negotiating with a potential Brazilian investor to carry out a certain M&A transaction (the "**M&A**"). However, despite significant efforts by the Company and the Group to reach an agreement, it has not been possible to close the M&A within the time frame and under the conditions

2

set forth in the EJ Plan. In addition, the M&A has been frustrated by continued attacks from a group of holders of certain American bonds issued by InterCement Financial Operations B.V. (the "**Ad-Hoc Group**") who have scared off one potential investor by filing legal briefs or sending private documents in Brazil, the Netherlands, the United States, and Spain, with the main purpose of gaining leverage in a potential restructuring negotiation.

- Consequently, Mover and its Group have the need to carry out a judicial restructuring in Brazil under Law No. 11,101 dated February 9, 2005, of the Laws of the Federative Republic of Brazil (the "**Brazilian Judicial Restructuring**"), in order to continue operating their businesses, preserving their value and ensuring the Group's viability and, ultimately, avoiding a potential insolvency situation.

- In turn, it is expressly stated that the Brazilian Judicial Restructuring will not only benefit the Group's companies as a whole but will also benefit the Company itself, since (i) it will provide a judicial framework for negotiation with its creditors, and (ii) it will potentially extend the maturity date of certain intragroup loans and debt for which the Company serves as guarantor.

- The Company has once again decided to resort to the restructuring mechanisms of Brazilian law due to the fact that this is the jurisdiction in which it is negotiating with all the Company's financial creditors that are not SRP [Specially Related Persons] (all of them are Brazilian banks), aside from the fact that the Company's main assets and rights are located in Brazil, in addition to the interests in the business in Loma Negra, Argentina. The SRP that is the holder of a financial loan affected by the company's restructuring is the Dutch company ICBV, which will also be part of the Brazilian Judicial Restructuring. The Company's strategy continues to be to seek recognition of the Brazilian Judicial Restructuring in Spain.

**TWO. - Approval of the Group's Judicial Restructuring**

In view of the financial situation of the Company and the Group, and after having given all the members of the Board of Directors access to the text of the Brazilian Judicial Restructuring request, it is decided:

3

(i)        to approve and file the request for the Company's judicial restructuring *(recuperação judicial)*, to be filed with the district courts of the capital of São Paulo, pursuant to Law No. 11,101 dated February 9, 2005, of the Laws of the Federative Republic of Brazil, as well as the Company's participation in those proceedings, in a Chapter 15 bankruptcy filing for this purpose in the United States, as well as the initiation and completion of all necessary steps that are part of judicial proceedings in Spain culminating in the recognition of the Judicial Restructuring in that territory;

(ii)       to take cognizance of and ratify in their entirety and for all purposes the actions carried out in the Brazilian Extrajudicial Restructuring, as well as those that may be carried out within the framework of the Brazilian Judicial Restructuring and in their subsequent recognition in the different jurisdictions;

(iii)      To appoint Mr. Antonio Reinaldo Rebalo Filho (the "**Representative**"), as the foreign representative of the Company with powers to represent the Company in the United States of America and to act as representative in the United States of America for the RJ proceedings pursuant to Law No. 11,101/05 and other applicable laws, including powers to request any remedy available to a foreign representative as defined in Title 11, Chapter 15, of the U.S. Code. The Representative is authorized to act as agent for the Company in the Judicial Restructuring in the United States of America, including initiating any ancillary proceedings for recognition, or other proceedings in support of the   Brazilian        Judicial Restructuring (a " **Foreign Support Proceeding** ") if necessary and when required, as well as to initiate any action on behalf of the Company (to the extent permitted by applicable law) that the Representative deems necessary in connection with the aforementioned remedies and any other remedies he deems appropriate to seek under the Foreign Support Proceeding;

(iv)      To take cognizance of and ratify the decision of the Group to appoint Ms. Karina Zausner Skarbnik as foreign representative in Spain for the Brazilian Judicial Restructuring for the purposes of art. 743 TRLC; and

(v)       to empower the members of the Board of Directors to perform all acts and take all measures necessary for the filing of the Company's Brazilian Judicial Restructuring, including signing all public or private documents required, as well as granting the necessary powers of attorney for the implementation of the

decision approved in the previous points and in Mover's General Shareholders' Meeting.

All of this is to be done in the best interest of the Company and of Mover and its Group, taking into account the interests of its creditors, the sole shareholder and other interested parties.

Furthermore, for the relevant purposes, it is hereby stated that the above has been considered having carefully monitored the situation and analyzed the various possible alternatives.

In this regard, the Board of Directors believes that the Brazilian Judicial Restructuring is beneficial for both the Company and the Group.

**THREE. – Granting of power of attorney**

In addition, and in order to represent the Company in the Brazilian Judicial Restructuring, it is agreed to grant a special power of attorney, of a joint and several nature, as broad and sufficient as is required by Brazilian law, for the legal matters indicated below, in favor of the following attorneys-in-fact:

EDUARDO SECCHI MUNHOZ, OAB/SP no. 126.764 and CPF/ME no. 163.171.888-66, ANA ELISA LAQUIMIA DE SOUZA, OAB/SP no. 373.757 and CPF/ME no. 418.605.618-88, GABRIELA MATTA RISTOW, OAB/SP no. 412.463 and CPF/ME no. 143.595.947-71, DANILO DOMINGUES GUIMARÃES, OAB/SP 422.993 and CPF/ME no. 826.997.782-53, RAPHAEL MALDI MENDES, OAB/SP no. 439.913 and CPF/ME no. 438.836.318-92, ANDRÉ TOLEDO VITA ABREU, OAB/SP no. 470.213 and CPF/MF no. 459.844.718-41, CAIO OLIVEIRA BARROS, OAB/SP no. 489.481 and CPF/MF no. 462.655.758-99, and LUCAS PEREIRA CALMON, OAB/SP no. 508.290 and CPF/MF no. 191.321.097-92 (the "**Attorneys-in-Fact**"), all members of the law firm E. Munhoz - Sociedade de Advogados, registered with OAB/SP under no. 16.289, at Av. Pres. Juscelino Kubitschek, 1,600, 2nd floor, suite 21, São Paulo/SP, CEP 04543-000 ("**E. Munhoz Advogados**"), granting them powers of attorney in court and out of course for the specific purpose of representing the interests of the Company through the filing and pursuit of the Brazilian Judicial Restructuring process, as well as those necessary to testify, negotiate, withdraw, waive, receive and grant receipts of payment, sign settlements and documents, notify, answer notifications, and represent the Company in any assembly or meeting of creditors, being authorized to issue opinions in the interest of the Company, as well as to represent and defend the interests of the Company in any ancillary motions, measures, appeals and/or judicial or extrajudicial action related to the Brazilian Judicial Restructuring, before all courts, agencies and administrative spheres of the competent jurisdiction, and they may also subdelegate all or part of the powers herein conferred, with reservation of equal powers, provided that such powers are

5

delegated to attorneys who are also part of E. Munhoz Advogados or with prior authorization of the Company.

The Attorneys-in-Fact do not have powers to receive summons or notifications on behalf of the Company in any administrative, judicial or extrajudicial proceedings of any nature.

**FOUR. - Delegation of authorities**

To expressly authorize Mr. Marco Antonio Zangari and Ms. Karina Zausner Skabnik so that either of them may, without distinction, perform whatever acts and formalities may be necessary and/or advisable to formalize, notarize or register the resolutions of this Board of Directors, including authority to clarify or correct any of the points included therein, with all their ancillary measures, carrying out and executing the resolutions, with broad powers to correct or modify them so that they are adapted to the qualification of the notary public or registry, in writing or orally.

In accordance with the provisions of Article 100 of the Regulations of the Commercial Registry, these resolutions are deemed to have been adopted at the Company's registered office on December 3, 2024, the date the last of the votes cast was received.

**AND FOR THE RECORD**, these Minutes are issued, which are signed by the Secretary, with the approval of the Chairman, and the approval of the remaining members of the Board of Directors of both the Minutes and the procedure and Agreements, as evidenced by their signature at the end of this instrument.

**Approval, Chairman**

VIDsigner code: 8B0BACE94E0E46D69...

MARCO ANTONIO ZANGARI

Mr. Marco Antonio Zangari
Date: December 3, 2024.

VIDsigner code: 37DB3D9E191642039C...

Karina Zausner Skarbnik

Ms. Karina Zausner Skarbnik
Date: December 3, 2024.

**The non–board member Secretary**



VIDsigner code: CA2F5658289A4FDC91...

Luis Alba

Mr. Luis Alba Ferré
Date: December 3, 2024.

VIDsigner code: DD1728108B584235B28...

Laureano Arostegui

Mr. Laureano Arostegi Lacabex
Date: December 3, 2024.

6