## <u>EXHIBIT B</u>

**List Filed Pursuant to Federal Rule of Bankruptcy Procedure 1007(a)(4)(B)**

WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
John K. Cunningham
Thomas E. MacWright
Ricardo M. Pasianotto

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (*pro hac vice* pending)
Amanda Parra Criste (*pro hac vice* pending)

111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
(312) 881-5400
Jason N. Zakia (*pro hac vice* pending)

*Attorneys for Antonio Reinaldo Rabelo Filho,*
*as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>InterCement Brasil S.A.,<br><br>    Debtor in a Foreign Proceeding. | Case No. 24-[●] (MG)<br><br>Chapter 15 |
| In re:<br><br>InterCement Participações S.A,<br><br>    Debtor in a Foreign Proceeding. | Case No. 24-[●] (MG)<br><br>Chapter 15 |
| In re:<br><br>InterCement Financial Operations B.V.,<br><br>    Debtor in a Foreign Proceeding. | Case No. 24-[●] (MG)<br><br>Chapter 15 |

2

|  | ) |
|---|---|
|  | ) |
| In re: | ) |
|  | ) Case No. 24-[●] (MG) |
| InterCement Trading e Inversiones S.A., | ) |
|  | ) Chapter 15 |
| Debtor in a Foreign Proceeding. | ) |
|  | ) |

## LIST FILED PURSUANT TO BANKRUPTCY RULE 1007(a)(4)(B)

I, Antonio Reinaldo Rabelo Filho, in my capacity as the duly-authorized foreign representative (the "**Petitioner**" or the "**Foreign Representative**") of InterCement Brasil S.A. ("**ICB**"), InterCement Participações S.A. ("**ICP**"), InterCement Financial Operations B.V. ("**IC Financial**"), and InterCement Trading e Inversiones S.A. ("**ITI**" and, together with ICB, ICP, and IC Financial, the "**Chapter 15 Debtors**") in the judicial reorganization (*recuperação judicial*) proceeding (the "**Brazilian RJ Proceeding**") of the Chapter 15 Debtors and certain of their affiliated debtors commenced on December 3, 2024 pursuant to Federal Law No. 11.101 of February 9, 2005, of the laws of the Federative Republic of Brazil, pending before the 1st Bankruptcy and Restructuring Court of São Paulo (the "**Brazilian Bankruptcy Court**"),[1] hereby submit, through the Chapter 15 Debtors' attorneys White & Case LLP, this list pursuant to Rule 1007(a)(4)(B) of the Federal Rules of Bankruptcy Procedure and declare as follows:

**List of Administrators**

I am the only authorized foreign representative of the Chapter 15 Debtors in the Brazilian Proceeding.  My address is Rua Barão da Torre, 550, Apt. 201, Ipanema, Rio de Janeiro, RJ, 22411-002, Brazil.

---

[1]    The case number for the Brazilian Proceeding before the Brazilian Bankruptcy Court is 1192002-34.2024.8.26.0100.

3

**Parties to Litigation in the United States to which the Chapter 15 Debtors are a Party**

On July 15, 2024, in my capacity as the Foreign Representative of the Chapter 15 Debtors, commenced jointly adminstered cases under chapter 15 of the Bankruptcy Code. The cases were jointly administered under case *In re InterCement Brasil S.A.*, Case No. 24-11226 (MG) (Bankr. S.D.N.Y. July 15, 2024) (the "**Initial Chapter 15 Cases**"). I plan on filing a motion to close the Initial Chapter 15 Cases shortly after the commencement of these chapter 15 cases.

**Entities Against Whom Provisional Relief Is Being Sought**

I will be seeking provisional stay relief under section 1519 of title 11 of the United States Code (the "**Bankruptcy Code**") against the entities listed in **Exhibit B** of the *Petitioner's Declaration and Verified Petition for Recognition of the Brazilian Proceeding and Motion for Order Granting Related Relief Pursuant to 11 U.S.C. §§ 105(a), 1515, 1517, 1520, and 1521,* which was filed substantially concurrently herewith, and any other entity that may otherwise take any action proscribed by section 362 of the Bankruptcy Code against the Chapter 15 Debtors within the territorial jurisdiction of the United States.

*[Remainder of the page intentionally left blank]*

4

I declare under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Dated: December 9, 2024

Antonio Reinaldo Rabelo Filho
*Petitioner and Foreign Representative*