## **EXHIBIT C**

**Corporate Ownership Statement**

WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020-1095
(212) 819-8200
John K. Cunningham
Thomas E. MacWright
Ricardo M. Pasianotto

Southeast Financial Center
200 South Biscayne Blvd., Suite 4900
Miami, Florida 33131
(305) 371-2700
Richard S. Kebrdle (*pro hac vice* pending)
Amanda Parra Criste (*pro hac vice* pending)

111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
(312) 881-5400
Jason N. Zakia (*pro hac vice* pending)

*Attorneys for Antonio Reinaldo Rabelo Filho,
as Petitioner and Foreign Representative*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>InterCement Brasil S.A.,<br><br>    Debtor in a Foreign Proceeding. | Case No. 24-[●] (MG)<br><br>Chapter 15 |
| In re:<br><br>InterCement Participações S.A,<br><br>    Debtor in a Foreign Proceeding. | Case No. 24-[●] (MG)<br><br>Chapter 15 |
| In re:<br><br>InterCement Financial Operations B.V.,<br><br>    Debtor in a Foreign Proceeding. | Case No. 24-[●] (MG)<br><br>Chapter 15 |

2

|  |  |
|---|---|
| In re: <br><br> InterCement Trading e Inversiones S.A., <br><br> Debtor in a Foreign Proceeding. | Case No. 24-[●] (MG) <br><br> Chapter 15 |

**CORPORATE OWNERSHIP STATEMENT PURSUANT TO**
**FEDERAL RULES OF BANKRUPTCY PROCEDURE 1007(a)(4)(A) AND 7007.1**

I, Antonio Reinaldo Rabelo Filho, in my capacity as the duly-authorized foreign representative (the "**Petitioner**" or the "**Foreign Representative**") of InterCement Brasil S.A. ("**ICB**"), InterCement Participações S.A. ("**ICP**"), InterCement Financial Operations B.V. ("**IC Financial**"), InterCement Trading e Inversiones S.A. ("**ITI**" and, together with ICB, ICP, and IC Financial, the "**Chapter 15 Debtors**") in the judicial reorganization (*recuperação judicial*) proceeding (the "**Brazilian RJ Proceeding**") of the Chapter 15 Debtors and certain of their affiliated debtors commenced on December 3, 2024 pursuant to Federal Law No. 11.101 of February 9, 2005, of the laws of the Federative Republic of Brazil, pending before the 1st Bankruptcy and Restructuring Court of São Paulo (the "**Brazilian Bankruptcy Court**"),[1] declare as follows:

Upon information and belief, the following entities directly or indirectly own 10 percent or more of equity interests in the Chapter 15 Debtors as of the commencement of these chapter 15 cases:

(i) 95.73% of ICP's equity is owned by Mover Participações S.A.;

(ii) 99.46% of InterCement Portugal, S.A.'s equity is owned by ICP;

(iii) 100% of IC Financial's equity is owned by InterCement Portugal, S.A.;

---

[1] The case number for the Brazilian Proceeding before the Brazilian Bankruptcy Court is 1192002-34.2024.8.26.0100.

(iv) 100% of ITI's equity is owned by InterCement Portugal, S.A.; and

(v) 100% of ICB's equity is owned by ITI.

*[Remainder of the page intentionally left blank]*

4

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: December 9, 2024

Antonio Reinaldo Rabelo Filho
*Petitioner and Foreign Representative*